Gregory H. King
Nevada Bar No. 7777
ghk@paynefears.com
Sarah J. Odia
Nevada Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
7251 W. Lake Mead Blvd., Suite 525
Las Vegas, Nevada 89128
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for Defendants U.S. HOME CORPORATION;
LENNAR CORPORATION; and LENNAR SALES CORPORATION

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION, a Nevada residential, common-interest planned community,<br><br>Plaintiff,<br><br>v.<br><br>U.S. HOME CORPORATION, a Delaware corporation; LENNAR CORPORATION, a Nevada corporation; LENNAR SALES CORP., a California corporation, and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO.: 2:15-cv-00002-JAD-CWH<br><br>**DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING IN SUPPORT OF MOTION TO STAY ACTION PENDING COMPLIANCE WITH NRS 40.600, *et seq.* (Doc. 7) WITH SUPPLEMENTAL BRIEFING ATTACHED** |

Defendants U.S. Home Corporation, Lennar Corporation, and Lennar Sales Corporation (collectively "U.S. Home") hereby seek leave of this Court to file supplemental briefing in support of U.S. Home's Motion to stay action pending compliance with NRS 40.600 *et seq.* (Doc. 7) due to a post-filing change in controlling law. A copy of U.S. Home's supplement is attached hereto as Exhibit "1."

///

///

This Motion is made and based upon the Points and Authorities filed concurrently herewith, all pleadings and papers on file herein, and such oral argument as may be heard by the Court.

DATED:  March 30, 2015          PAYNE & FEARS LLP

By: __/s/ Gregory H. King_____
GREGORY H. KING, NV Bar No. 7777
SARAH J. ODIA, NV Bar No. 11053
7251 W. Lake Mead Blvd., Suite 525
Las Vegas, NV 89128
Telephone: (702) 851-0300

Attorneys for Plaintiff
U.S. HOME CORPORATION, LENNAR CORPORATION, and LENNAR SALES CORP.

## ORDER

Accordingly, **IT IS HEREBY ORDERED** that Defendants' motion for leave to file supplemental briefing (doc. # 22) **is granted.**  Defendants are directed to re-file their supplemental brief, along with all relevant exhibits, so it is properly reflected on the docket.  Plaintiff, if it wishes, may file a response to Defendants' supplemental brief **no later than April 10, 2015**.

DATED: March 31, 2015

_____
United States Magistrate Judge

-2-

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. BACKGROUND AND ARGUMENT

On January 15, 2015, U.S. Home filed a motion to stay this case pending Plaintiff's (hereinafter "HOA") compliance with the notice, inspection, and mediation requirements of NRS 40.600 *et seq.* ("Chapter 40"). (Doc. 7). However, after U.S. Home's motion was filed, the statute which previously gave the HOA authority to initiate construction defect actions on behalf of its members for defects within the members' residences, NRS 116.3102(1)(d), was amended effective February 24, 2015. *See*, 2015 Nevada Laws. Ch. 2 (A.B. 125). After February 24, homeowners' associations are no longer permitted to initiate construction defect claims on behalf of their members for issues affecting the members' residences. Thus, U.S. Home withdraws its request to stay this case to allow the HOA to satisfy the notice and other requirements of Chapter 40 for the 93 homes in the community for which an effective notice was not given prior to February 24. Instead, U.S. Home hereby limits its motion to stay to the 5 homes for which the HOA gave proper notice prior to the effective date of AB 125, for which the HOA still needs to satisfy the inspection and mediation requirements of Chapter 40.

U.S. Home seeks leave of this Court to file the attached supplement addressing this important change in controlling law and its impact on U.S. Home's previously filed motion to stay.

### II. CONCLUSION

Based on the foregoing, U.S. Home seeks leave of this honorable Court to file the supplement to its motion to stay this case, which is attached hereto as Exhibit "1."

-3-

| | | |
|---|---|---|
| 1 | DATED: March 30, 2015 | PAYNE & FEARS LLP |

By     */s/ Gregory H. King*
GREGORY H. KING, NV Bar No. 7777
SARAH J. ODIA, NV Bar No. 11053
7251 W. Lake Mead Blvd., Suite 525
Las Vegas, Nevada 89128
Tel. (702) 851-0300

Attorneys for Defendants U.S. HOME CORPORATION; LENNAR CORPORATION; and LENNAR SALES CORPORATION

4829-3758-0834.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2015, I served a true and correct copy of the above and foregoing, **DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING IN SUPPORT OF MOTION TO STAY ACTION PENDING COMPLIANCE WITH NRS 40.600, *et seq.* (Doc. 7) WITH SUPPLEMENTAL BRIEFING ATTACHED** was made this date by electronic transmission through the court's CM/ECF program.

/s/ *Nancy Babas*
Nancy Babas
An Employee of PAYNE & FEARS LLP

4812-1127-9905.1