UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Azure Manor/Rancho De Paz Homeowners Association,<br><br>    Plaintiff<br><br>v.<br><br>U.S. Home Corporation et al.,<br><br>    Defendants | Case No. 2:15-cv-2-JAD-CWH<br><br>**Order Vacating Hearing and Setting New Hearing** |

This construction-defect case is brought by the Azure Manor/Ranch De Paz homeowners' association in Clark County, Nevada on behalf of residential homeowners.[1] I previously set a motion hearing on the pending motion to dismiss, motion to stay, and motion to remand.[2] One week before the hearing, the defendants submitted a supplement to their motion to stay and a motion to compel compliance.[3] Neither of these new motions is fully briefed.[4] In addition, the defendants' supplement represents that controlling law has changed since they filed their motion to dismiss.[5]

---

[1] *See* Doc. 1-2 at 3 (complaint).

[2] Docs. 5, 7, 13, 20.

[3] Docs. 24–25. The defendants obtained leave of court to file their supplement. *See* Docs. 22–23.

[4] *Cf.* Doc. 23 at 2 (giving the plaintiff until April 10, 2015, to respond to the supplement).

[5] *See* Doc. 24 at 3.

1

This necessarily affects the arguments both sides will make and increases the importance of complete briefing.

Accordingly, and with good cause appearing,

It is hereby ORDERED that the April 6, 2015, motion hearing is **VACATED and reset** for **May 5, 2015 at 2:30 p.m.** on the motion to dismiss (**Doc. 5**), motion to stay (**Doc. 7**), motion to remand (**Doc. 13**), supplemental motion to stay (**Doc. 24**), and motion to compel (**Doc. 25**).

DATED April 1, 2015.

_____
Jennifer A. Dorsey
United States District Judge

2