Paul P. Terry, Jr., SBN 7192
Scott P. Kelsey, SBN 7770
David Bray, SBN 12706
ANGIUS & TERRY LLP
1120 N. Town Center Dr., Ste. 260
Las Vegas, NV 89144
Telephone: (702) 990-2017
Facsimile:  (702) 990-2018
skelsey@angius-terry.com
dbray@angius-terry.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION, a Nevada residential, common-interest planned community,<br><br>Plaintiff,<br><br>v.<br><br>U.S. HOME CORPORATION, a Delaware corporation; LENNAR CORPORATION, a Nevada corporation; LENNAR SALES CORP., a California corporation, and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-00002-JAD-CWH<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO FRCP 56 (Doc. 30)**<br><br>**(First Request)** |

IT IS HEREBY STIPULATION by and between Plaintiff, AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION, by and through its attorneys, ANGIUS & TERRY, LLP, and Defendants U.S. HOME CORPORATION, LENNAR CORPORATION, and LENNAR SALES CORP, by and through their attorneys PAYNE & FEARS LLP, to extend the deadline for Plaintiff AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION to file their response to Defendants' Motion for Partial Summary Judgment Pursuant to FRCP 56 (Doc. 30) to July 17, 2015.

ANGIUS & TERRY LLP
1120 N. Town Center Dr.
Suite 260
Las Vegas, NV 89144
(702) 990-2017

Page 1 of 3

Pursuant to FRCP 6(a) and LR 7-2(e), Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment Pursuant to FRCP 56 is not due until July 17, 2015, however, the Court's docket text (Doc. 30) indicated that "Responses due by 7/10/15." Therefore, out of an abundance of caution, the parties have stipulated to the above extension.

This is the parties' first request for extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED: July 7, 2015

ANGIUS & TERRY, LLP

/s/ David Bray

---

Paul P. Terry, Jr., SBN 7192
Scott P. Kelsey, SBN 7770
David Bray, SBN 12706
1120 Town Center Drive, Suite 260
Las Vegas, Nevada 89144
*Attorneys for Plaintiff*

DATED: July 7, 2015

PAYNE & FEARS, LLP

/s/ Sarah J. Odia

---

Gregory H. King, SBN 7777
Sarah J. Odia, SBN 11053
7251 W. Lake Mead Blvd., Suite 525
Las Vegas, Nevada 89128
*Attorneys for Defendants*

ANGIUS & TERRY LLP
1120 N. Town Center Dr.
Suite 260
Las Vegas, NV 89144
(702) 990-2017

Page 2 of 3

## ORDER

Pursuant to the above-stated Stipulation and good cause appearing,

IT IS HEREBY ORDERED that the deadline for Plaintiff AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION to file its response to Defendants' Motion for Partial Summary Judgment Pursuant to FRCP 56 to July 17, 2015.

DATED this 7th day of July, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

ANGIUS & TERRY, LLP

*/s/ David Bray*
_____
Paul P. Terry, Jr., SBN 7192
Scott P. Kelsey, SBN 7770
David Bray, SBN 12706
1120 Town Center Drive, Suite 260
Las Vegas, Nevada  89144
*Attorneys for Plaintiff*

ANGIUS & TERRY LLP
1120 N. Town Center Dr.
Suite 260
Las Vegas, NV 89144
(702) 990-2017

Page 3 of 3