Gregory H. King
Nevada Bar No. 7777
ghk@paynefears.com
Sarah J. Odia
Nevada Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
7251 W. Lake Mead Blvd., Suite 525
Las Vegas, Nevada 89128
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for Defendants and Third-Party Plaintiffs
US HOME CORPORATION; LENNAR CORPORATION;
and LENNAR SALES CORPORATION

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION, a Nevada residential, common-interest planned community,<br><br>Plaintiff,<br><br>v.<br><br>US HOME CORPORATION, a Delaware corporation; LENNAR CORPORATION, a Delaware corporation; LENNAR SALES CORP., a California corporation, and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO.: 2:15-cv-00002-JAD-CWH<br><br>ORDER DISMISSING THIRD-PARTY CLAIMS AGAINST ATRIUM DOOR & WINDOW COMPANY OF ARIZONA<br><br>ECF No. 139 |
| US HOME CORPORATION, a Delaware corporation; LENNAR CORPORATION, a Delaware corporation; LENNAR SALES CORP., a California corporation<br><br>Third-Party Plaintiffs<br><br>THE A.C. HOUSTON LUMBER COMPANY, a Nevada corporation; ATRIUM DOOR AND WINDOW COMPANY OF ARIZONA, a Delaware corporation; THE AVANTI DOOR GROUP, INC., a Nevada corporation; CAMPBELL CONCRETE OF | |

PAYNE & FEARS LLP
ATTORNEYS AT LAW
7251 W. LAKE MEAD BLVD., SUITE 525
LAS VEGAS, NEVADA 89128
(702) 851-0300

1  NEVADA, INC., a Nevada corporation;
FLOORS-N-MORE, LLC DBA CARPETS-N-
2  MORE, a Nevada limited-liability company;
CHAMPION DRYWALL INC. OF
3  NEVADA, a Nevada corporation; COOPER
ROOFING CO., a Nevada corporation;
4  COOPER ROOFING COMPANY, INC., a
Nevada corporation; CUSTOM HEARTH
5  DISTRIBUTORS, INC., a Nevada
corporation; DAWN FRAMING, INC., a
6  Nevada corporation; CIRCLE S
DEVELOPMENT CORPORATION dba
7  DECK SYSTEMS OF NEVADA, a Nevada
corporation; GENERAL ELECTRIC
8  COMPANY,  New York corporation;
HARRISON DOOR COMPANY,  a Nevada
9  corporation; K&K DOOR & TRIM, LLC, a
Nevada limited-liability company; MSI
10 LANDSCAPING, INC., a Nevada
corporation; M&M CONSTRUCTION, INC.,
11 a Nevada corporation; MERILLAT
INDUSTRIES, INC., Michigan corporation;
12 NEVADA COUNTERTOP CORPORATION,
a Nevada corporation; NEVADA STAIRS,
13 INC., a Nevada corporation; NEW
CREATION MASONRY, INC., a Nevada
14 corporation; PIONEER PLUMBING, INC., a
Nevada corporation; RW STUCCO, INC., a
15 Nevada corporation; RED ROSE, INC., a
Nevada corporation; REPUBLIC ELECTRIC,
16 INC., a Nevada corporation; NORTHBROOK,
INC. dba SIERRA REFINISHING, a Nevada
17 corporation; TRI-CITY DRYWALL, INC., a
Nevada corporation; VALENTE CONCRETE,
18 LLC, a Nevada limited-liability company;
WESTERN AMERICA GRANITE, a Nevada
19 corporation; WESTERN SHOWER DOOR,
INC., a California corporation,

20          Third-Party Defendants.

21

22

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

-2-

Third-Party Plaintiffs US Home Corporation, Lennar Corporation, and Lennar Sales Corporation (hereinafter collectively, "US Home") hereby dismiss, without prejudice, their Third-Party Complaint against third-party defendant Atrium Door and Window Company of Arizona in its entirety, with each party to bear its own fees and costs.

DATED: January 19, 2017         PAYNE & FEARS LLP

By   */s/ Sarah J. Odia*
GREGORY H. KING, NV Bar No. 7777
SARAH J. ODIA, NV Bar No. 11053
7251 W. Lake Mead Blvd., Suite 525
Las Vegas, Nevada 89128
Tel. (702) 851-0300

Attorneys for Defendants/Third-Party Plaintiffs
U.S. HOME CORPORATION, LENNAR CORPORATION, and LENNAR SALES CORPORATION

## ORDER

IT IS SO ORDERED. The third-party claims against Atrium Door & Window Company of Arizona are DISMISSED.

Dated: 1/24/17

_____
UNITED STATES DISTRICT COURT JUDGE

-3-