1  SHANNON G. SPLAINE, ESQ.
   Nevada Bar No. 8241
2  LINCOLN, GUSTAFSON & CERCOS, LLP
   ATTORNEYS AT LAW
3  3960 Howard Hughes Parkway
   Suite 200
4  Las Vegas, Nevada 89169
   Telephone: (702) 257-1997
5  Facsimile: (702) 257-2203
   ssplaine@lgclawoffice.com
6
   Attorneys for Third-Party Defendant,
7  COOPER ROOFING CO.

8

9                              UNITED STATES DISTRICT COURT

10                                    DISTRICT OF NEVADA

11

12  AZURE MANOR/RANCHO DE PAZ                    CASE NO: 2:15-cv-00002-JAD-CWH
    HOMEOWNERS ASSOCIATION, a Nevada
13  residential, common-interest planned community,

14         Plaintiff,                             **STIPULATION AND ORDER VIA JOINT
                                                  MOTION PURSUANT TO LOCAL RULE
15  v.                                            7-1(c) FOR DISMISSAL OF COOPER
                                                  ROOFING CO., WITHOUT PREJUDICE**
16  US HOME CORPORATION, a Delaware
    corporation; LENNAR CORPORATION, a
17  Delaware corporation; LENNAR SALES CORP.,     ECF No. 164
    a California corporation; and DOES 1-100,
18  inclusive,

19         Defendants.

20  US HOME CORPORATION, a Delaware
    corporation; LENNAR CORPORATION, a
21  Delaware corporation; LENNAR SALES CORP.,
    a California corporation,
22
           Third-Party Plaintiffs,
23
    v.
24
    THE A.C. HOUSTON LUMBAR COMPANY, a
25  Nevada corporation; ATRIUM DOOR AND
    WINDOW COMPANY OF ARIZONA, a
26  Delaware corporation; THE AVANTI DOOR
    GROUP, INC., a Nevada corporation;
27  CAMPBELL CONCRETE OF NEVADA, INC.,
    a Nevada corporation; FLOORS-N-MORE, LLC
28  DBA CARPETS-N-MORE, a Nevada limited-

                                        -1-

liability company; CHAMPION DRYWALL INC. OF NEVADA, a Nevada corporation; COOPER ROOFING CO., a Nevada corporation; COOPER ROOFING COMPANY, INC. a Nevada corporation; CUSTOM HEARTH DISTRIBUTORS, INC., a Nevada corporation; DAWN FRAMING, INC., a Nevada corporation; CIRCLE S DEVELOPMENT CORPORATION dba DECK SYSTEMS OF NEVADA, a Nevada corporation; GENERAL ELECTRIC COMPANY, a New York corporation; HARRISON DOOR COMPANY, a Nevada corporation; K&K DOOR & TRIM, LLC, a Nevada limited-liability company; MSI LANDSCAPING, INC., a Nevada corporation; M&M CONSTRUCTION, INC., a Nevada corporation; MERILLAT INDUSTRIES, INC., a Michigan corporation; NEVADA COUNTERTOP CORPORATION, a Nevada corporation; NEVADA STAIRS, INC., a Nevada corporation; NEW CREATION MASONRY, INC., a Nevada corporation; PIONEER PLUMBING, INC., a Nevada corporation; RW STUCCO, INC., a Nevada corporation; RED ROSE, INC., a Nevada corporation; REPUBLIC ELECTRIC, INC., a Nevada corporation; NORTHBROOK, INC. dba SIERRA REFINISHING, a Nevada corporation; TRI-CITY DRYWALL, INC., a Nevada corporation; VALENTE CONCRETE, INC., a Nevada limited-liability company; WESTERN AMERICA GRANITE, a Nevada corporation; WESTERN SHOWER DOORS, INC., a California corporation,

   Third-Party Defendants.

IT IS HEREBY STIPULATED AND AGREED to as a Joint Motion pursuant to Local Rule 7-1(c) between Defendants/Third-Party Plaintiffs, US HOME CORPORATION, LENNAR CORPORATION, and LENNAR SALES CORPORATION, by and through their counsel of record, the law firm of PAYNE & FEARS LLP, and Third-Party Defendant, COOPER ROOFING CO., by and through its counsel of record, the law firm of LINCOLN, GUSTAFSON & CERCOS, LLP, that the Third-Party Complaint, including and any amendments, cross-claims, or counter-claims, between

///

///

-2-

the above-referenced parties are hereby dismissed, without prejudice. Each party to bear its own fees and costs.

DATED this 14th day of March, 2017.

**LINCOLN, GUSTAFSON & CERCOS, LLP**

/s/ Shannon Splaine

**SHANNON G. SPLAINE, ESQ.**
Nevada Bar No. 8241
3960 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Attorneys for Third-Party Defendant,
COOPER ROOFING CO.

DATED this 14th day of March, 2017.

**PAYNE & FEARS LLP**

/s/ Sarah J. Odia

**GREGORY H. KING, ESQ.**
Nevada Bar No. 7777
**SARAH J. ODIA, ESQ.**
Nevada Bar No. 11053
7251 W. Lake Mead Blvd., Suite 525
Las Vegas, NV 89128
Attorneys for Defendants/Third-Party Plaintiffs, US HOME CORPORATION, LENNAR CORPORATION, and LENNAR SALES CORPORATION

## ORDER

Based on the Stipulation and Joint Motion pursuant to Local Rule 7-1(c) of Defendants/Third-Party Plaintiffs, US HOME CORPORATION, LENNAR CORPORATION, and LENNAR SALES CORPORATION, and Third-Party Defendant, COOPER ROOFING CO., and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all claims against COOPER ROOFING CO. are dismissed without prejudice, each party to bear its owns fees and costs.

DATED this 20th day of March, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted by:

**LINCOLN, GUSTAFSON & CERCOS, LLP**

/s/ Shannon Splaine

**SHANNON G. SPLAINE, ESQ.**
Nevada Bar No. 8241
3960 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Attorneys for Third-Party Defendant,
COOPER ROOFING CO.

v:\a-e\azure_cooper\atty notes\drafts\pldgs\20170307_sodwop_sdi.docx

-3-