THEODORE PARKER III, ESQ.
Nevada Bar No. 4716
SHANA D. WEIR, ESQ.
Nevada Bar No. 9468
PARKER NELSON & ASSOCIATES, CHTD.
2460 Professional Court, Suite 200
Las Vegas, NV 89128
Phone: (702) 868-8000
Fax: (702) 868-8001
*Attorneys for Third-Party Defendant*
*K & K Door & Trim, LLC*

___FILED          ___RECEIVED
___ENTERED        ___SERVED ON
          COUNSEL/PARTIES OF RECORD

JUN 19 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION, a Nevada residential, common-interest planned community,

Plaintiff,

v.

US HOME CORPORATION, a Delaware corporation; LENNAR CORPORATION, a Delaware corporation; LENNAR SALES CORP., a California corporation, and DOES 1–100, inclusive,

Defendants.

US HOME CORPORATION, a Delaware corporation; LENNAR CORPORATION, a Delaware corporation; LENNAR SALES CORP., a California corporation

Third-Party Plaintiffs

v.

THE A.C. HOUSTON LUMBER COMPANY, a Nevada corporation; ATRIUM DOOR AND WINDOW COMPANY OF ARIZONA, a Delaware corporation; THE AVANTI DOOR GROUP, INC., a Nevada corporation; CAMPBELL CONCRETE OF NEVADA, INC., a Nevada corporation; FLOORS-N-MORE, LLC DBA CARPETS-N-MORE, a Nevada limited-liability company; CHAMPION DRYWALL INC. OF NEVADA, a Nevada corporation; COOPER ROOFING CO., a Nevada corporation; COOPER ROOFING COMPANY, INC., a Nevada corporation; CUSTOM HEARTH

Case No.: 2:15-cv-00002-JAD-CWH

ORDER GRANTING THIRD-PARTY DEFENDANT K&K DOOR & TRIM, LLC'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT

ECF No. 192

| | |
|---|---|
| 1 | DISTRIBUTORS, INC., a Nevada corporation; ) <br> DAWN FRAMING, INC., a Nevada ) |
| 2 | corporation; CIRCLE S DEVELOPMENT ) <br> CORPORATION dba DECK SYSTEMS OF ) |
| 3 | NEVADA, a Nevada corporation; GENERAL ) <br> ELECTRIC COMPANY, New York ) |
| 4 | corporation; HARRISON DOOR COMPANY, ) <br> a Nevada corporation; K&K DOOR & TRIM, ) |
| 5 | LLC, a Nevada limited-liability company; MSI ) <br> LANDSCAPING, INC., a Nevada corporation; ) |
| 6 | M&M CONSTRUCTION, INC., a Nevada ) <br> corporation; MERILLAT INDUSTRIES, INC., ) |
| 7 | Michigan corporation; NEVADA ) <br> COUNTERTOP CORPORATION, a Nevada ) |
| 8 | corporation; NEVADA STAIRS, INC., a ) <br> Nevada corporation; NEW CREATION ) |
| 9 | MASONRY, INC., a Nevada corporation; ) <br> PIONEER PLUMBING, INC., a Nevada ) |
| 10 | corporation; RW STUCCO, INC., a Nevada ) <br> corporation; RED ROSE, INC., a Nevada ) |
| 11 | corporation; REPUBLIC ELECTRIC, INC., a ) <br> Nevada corporation; NORTHBROOK, INC. ) |
| 12 | dba SIERRA REFINISHING, a Nevada ) <br> corporation; TRI-CITY DRYWALL, INC., a ) |
| 13 | Nevada corporation; VALENTE CONCRETE, ) <br> LLC, a Nevada limited-liability company; ) |
| 14 | WESTERN AMERICA GRANITE, a Nevada ) <br> corporation; WESTERN SHOWER DOOR, ) |
| 15 | INC., a California corporation, ) |
| 16 | Third-Party Defendants. ) |

**ORDER GRANTING THIRD-PARTY DEFENDANT K&K DOOR & TRIM, LLC'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT**

This matter having come on for hearing on the 19th day of June, 2017, the Honorable Jennifer A. Dorsey presiding; the Court having reviewed the papers and pleadings on file and heard oral argument of counsel,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

|   |   |
|---|---|
| 1 | **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Third-Party Defendant K&K Door & Trim, LLC's *Motion for Determination of Good Faith Settlement*, in the amount of **$5,000.00**, exclusive of additional insured obligations, is granted pursuant to NRS 17.245. |

DATED this 19th day of June, 2017.

_____
U.S. DISTRICT COURT JUDGE

Respectfully submitted by:
PARKER NELSON & ASSOCITES

_____ #6657 for
SHANA D. WEIR, ESQ.
Nevada Bar No. 9468
2460 Professional Court, Suite 200
Las Vegas, NV 89128
*Attorneys for Third-Party Defendant*
*K&K Door & Trim, LLC*