**OGM**
Tomas V. Mazeika, Esq.
Nevada Bar No. 6053
FREDRICKSON, MAZEIKA & GRANT, LLP
518 South 9th Street
Las Vegas, NV 89101
(702) 384-4048
(702) 384-4484 (Facsimile)
tmazeika@fmglegal.com

*Attorneys for Third-Party Defendant,*
**MASCO BUILDER CABINET GROUP INC., dba MASCO CABINETRY**

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 19 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION, a Nevada residential, common-interest planned community,<br><br>    Plaintiffs,<br>vs.<br><br>US HOME CORPORATION, a Delaware corporation; LENNAR CORPORATION, a Delaware corporation; LENNAR SALES CORP., a California corporation, and DOES 1-100, inclusive,<br><br>    Defendants.<br>_____<br>US HOME CORPORATION, a Delaware corporation; LENNAR CORPORATION, a Delaware corporation; LENNAR SALES CORP., a California corporation,<br><br>    Third-Party Plaintiff,<br>vs.<br><br>THE A.C. HOUSTON LUMBER COMPANY, a Nevada corporation; ATRIUM DOOR AND WINDOW COMPANY OF ARIZONA, a Delaware corporation; THE AVANTI DOOR GROUP, INC., a Nevada corporation; CAMPBELL CONCRETE OF NEVADA, INC., a Nevada corporation; FLOORS-N-MORE, LLC DBA CARPETS-N-MORE, a Nevada limited-liability company; CHAMPION DRYWALL INC. OF NEVADA, a Nevada corporation; COOPER ROOFING CO., a Nevada corporation; COOPER ROOFING COMPANY, INC., a Nevada corporation; CUSTOM HEARTH DISTRIBUTORS, INC., a Nevada corporation; DAWN FRAMING, INC., a | CASE NO.: 2:15-CV-0002-JAD-CWH<br><br>**ORDER GRANTING THIRD-PARTY DEFENDANT MASCO BUILDER CABINET GROUP INC. dba MASCO CABINETRY'S MOTION FOR COURT DETERMINATION OF GOOD FAITH SETTLEMENT**<br><br>ECF No. 194. |

| | |
|---|---|
| 1 | Nevada corporation; CIRCLE S DEVELOPMENT ) |
| | CORPORATION dba DECK SYSTEMS OF ) |
| 2 | NEVADA, a Nevada corporation; GENERAL ) |
| | ELECTRIC COMPANY, New York corporation; ) |
| 3 | HARRISON DOOR COMPANY, a Nevada ) |
| | corporation; K&K DOOR & TRIM, LLC, a Nevada ) |
| 4 | limited-liability company; MSI LANDSCAPING, ) |
| | INC., a Nevada corporation; M&M ) |
| 5 | CONSTRUCTION, INC., a Nevada corporation; ) |
| | MERILLAT INDUSTRIES, INC., Michigan ) |
| 6 | corporation; NEVADA COUNTERTOP ) |
| | CORPORATION, a Nevada corporation; NEVADA ) |
| 7 | STAIRS, INC., a Nevada corporation; NEW ) |
| | CREATION MASONRY, INC., a Nevada ) |
| 8 | corporation; PIONEER PLUMBING, INC., a ) |
| | Nevada corporation; RW STUCCO, INC., a Nevada ) |
| 9 | corporation; RED ROSE, INC., a Nevada ) |
| | corporation; REPUBLIC ELECTRIC, INC., a ) |
| 10 | Nevada corporation; NORTHBROOK, INC. dba ) |
| | SIERRA REFINISHING, a Nevada corporation; ) |
| 11 | TRI-CITY DRYWALL, INC., a Nevada ) |
| | corporation; VALENTE CONCRETE, LLC, a ) |
| 12 | Nevada limited-liability company; WESTERN ) |
| | AMERICA GRANITE, a Nevada corporation; ) |
| 13 | WESTERN SHOWER DOOR, INC., a California ) |
| | corporation, ) |
| 14 | ) |
| | Third-Party Defendants. ) |
| 15 | ) |

### ORDER GRANTING THIRD-PARTY DEFENDANT MASCO BUILDER CABINET GROUP INC. dba MASCO CABINETRY'S MOTION FOR COURT DETERMINATION OF GOOD FAITH SETTLEMENT

Third-Party Defendant, MASCO BUILDER CABINET GROUP INC. dba MASCO CABINETRY'S (hereinafter "MASCO") Motion for Determination of Good Faith Settlement, scheduled for hearing on the 19TH day of June, 2017. The Court, having reviewed all of the pleadings and papers on file herein, being aware that MASCO agreed to pay Two Thousand Dollars (2,000.00), exclusive of any and all additional insured obligations, receiving no Oppositions, and good cause appearing, ruled as follows:

///

///

///

///

///

IT IS HEREBY ORDERED that Third-Party Defendant, MASCO's Motion for Determination of Good Faith Settlement is hereby granted pursuant to NRS 17.245.

DATED this 14th day of June, 2017.

_____
DISTRICT COURT JUDGE

Respectfully Submitted by:

**FREDRICKSON, MAZEIKA & GRANT, LLP**

_____
Tomas V. Mazeika, Esq.
Nevada Bar No. 6053
518 S. Ninth Street
Las Vegas, NV 89101
Tel: (702) 384-4048
Fax: (702) 384-4484
Email: tmazeika@fmglegal.com

*Attorneys for Third-Party Defendant,*
**MASCO BUILDER CABINET GROUP INC., dba MASCO CABINETRY**