1  Kevin A. Brown, Esq. (Bar #7621)
   Jill P. Northway, Esq. (Bar #9470)
2  BROWN, BONN & FRIEDMAN, LLP
3  5528 South Fort Apache Road
   Las Vegas, NV 89148
4  (702) 942-3900
   (702) 942-3901 FAX
5  kbrown@brownbonn.com
   jnorthway@brownbonn.com
6
   Attorneys for Third-Party Defendant
7  NEVADA COUNTERTOP CORPORATION

8

9                    UNITED STATES DISTRICT COURT

10                        CLARK COUNTY, NEVADA

11 | AZURE MANOR/RANCHO DE PAZ
12 | HOMEOWNERS ASSOCIATION, a Nevada        CASE NO.: 2:15-cv-00002-JAD-CWH
   | residential common-interest planned community,
13 |                                         DEPARTMENT
                Plaintiffs,
14 |                                         (ELECTRONIC FILING CASE)
15 | v.
                                             **ORDER GRANTING THIRD-PARTY
16 | U.S. HOME CORPORATION, a Delaware       DEFENDANT NEVADA COUNTERTOP
   | corporation; LENNAR CORPORATION, a      CORPORATION'S MOTION FOR
17 | Nevada corporation; LENNAR SALES CORP., a  DETERMINATION OF GOOD
   | California corporation, and DOES 1-100, FAITH SETTLEMENT**
18 | inclusive,
                                             RE: ECF No. 223
19 |            Defendants.
20 | ─────────────────────────────────────
   | U.S. HOME CORPORATION, a Delaware
21 | corporation; LENNAR CORPORATION, a
22 | Nevada corporation; LENNAR SALES CORP., a
   | California corporation,
23
   |          Third-Party Plaintiffs,
24
25 | v.
26 | THE A.C. HOUSTON LUMBER COMPANY, a
   | Nevada corporation; ATRIUM DOOR AND
27 | WINDOW COMPANY OF ARIZONA, a
   | Delaware corporation; THE AVANTI DOOR
28 | GROUP, INC., a Nevada corporation;

-1-

| | |
|---|---|
| 1 | CAMPBELL CONCRETE OF NEVADA, INC., a Nevada corporation; FLOORS-N-MORE, LLC dba CARPETS-N-MORE, a Nevada limited-liability company; CHAMPION DRYWALL INC. OF NEVADA, a Nevada corporation; COOPER ROOFING CO., a Nevada corporation; COOPER ROOFING COMPANY, INC., a Nevada corporation; CUSTOM HEARTH DISTRIBUTORS, INC., a Nevada corporation; DAWN FRAMING, INC., a Nevada corporation; CIRCLE S DEVELOPMENT CORPORATION dba DECK SYSTEMS OF NEVADA, a Nevada corporation; GENERAL ELECTRIC COMPANY, a New York corporation; HARRISON DOOR COMPANY, a Nevada corporation; K&K DOOR & TRIM, LLC, a Nevada limited-liability company; MSI LANDSCAPING, INC., a Nevada corporation; M&M CONSTRUCTION, INC., a Nevada corporation; MERILLAT INDUSTRIES, INC., a Michigan corporation; NEVADA COUNTERTOP CORPORATION, a Nevada corporation; NEVADA STAIRS, INC., a Nevada corporation; NEW CREATION MASONRY, INC., a Nevada corporation; PIONEER PLUMBING, INC., a Nevada corporation; RW STUCCO, INC., a Nevada corporation; RED ROSE, INC., a Nevada corporation; REPUBLIC ELECTRIC, INC., a Nevada corporation; NORTHBROOK, INC. dba SIERRA REFINISHING, a Nevada corporation; TRI-CITY DRYWALL, INC., a Nevada corporation; VALENTE CONCRETE, LLC, a Nevada limited-liability company; WESTERN AMERICA GRANITE, a Nevada corporation; WESTERN SHOWER DOOR, INC., a California corporation, |
| | Third-Party Defendants. |

## ORDER GRANTING THIRD-PARTY DEFENDANT NEVADA COUNTERTOP CORPORATION'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT

**TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Third-Party Defendant NEVADA COUNTERTOP CORPORATION'S Motion for

-2-

Determination of Good Faith Settlement came before the Court on August 30, 2017;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that NEVADA COUNTERTOP CORPORATION'S Motion for Good Faith Settlement in the amount of $500.00 is hereby GRANTED, and any and all present or future claim, third-party claims or cross-claims against NEVADA COUNTERTOP CORPORATION for contribution, and equitable or implied indemnity related to the claims that are the subject of this lawsuit are hereby barred pursuant to NRS 17.245.

**IT IS SO ORDERED.**

DATED: 11/7/2017

_____
Jennifer A. Dorsey
DISTRICT COURT JUDGE

Respectfully Submitted By:

_____
Kevin A. Brown, Esq. (Bar #7621)
Jill P. Northway, Esq. (Bar #9470)
BROWN, BONN & FRIEDMAN, LLP
5528 South Fort Apache Road
Las Vegas, NV 89148
Attorneys for NEVADA COUNTERTOP CORPORATION