1  Kevin A. Brown, Esq. (Bar #7621)
   Jill P. Northway, Esq. (Bar #9470)
2  BROWN, BONN & FRIEDMAN, LLP
3  5528 South Fort Apache Road
   Las Vegas, NV 89148
4  (702) 942-3900
   (702) 942-3901 FAX
5  kbrown@brownbonn.com
   jnorthway@brownbonn.com
6
   Attorneys for Third-Party Defendant
7  CIRCLE S DEVELOPMENT CORPORATION DBA DECK SYSTEMS NEVADA
8
9                 UNITED STATES DISTRICT COURT

10                    CLARK COUNTY, NEVADA

11
   AZURE MANOR/RANCHO DE PAZ
12 HOMEOWNERS ASSOCIATION, a Nevada          CASE NO.: 2:15-cv-00002-JAD-CWH
   residential common-interest planned community,
13                                            DEPARTMENT
                   Plaintiffs,
14                                            **(ELECTRONIC FILING CASE)**
15 v.
                                             **ORDER GRANTING THIRD-PARTY**
16 U.S. HOME CORPORATION, a Delaware         **DEFENDANT CIRCLE S DEVELOPMENT**
   corporation; LENNAR CORPORATION, a        **CORPORATION DBA DECK SYSTEMS**
17 Nevada corporation; LENNAR SALES CORP., a **NEVADA'S MOTION FOR**
   California corporation, and DOES 1-100,   **DETERMINATION OF GOOD**
18 inclusive,                                **FAITH SETTLEMENT**
19                                            RE: ECF 233
                   Defendants.
20
   U.S. HOME CORPORATION, a Delaware
21 corporation; LENNAR CORPORATION, a
   Nevada corporation; LENNAR SALES CORP., a
22 California corporation,
23
                   Third-Party Plaintiffs,
24
25 v.
26 THE A.C. HOUSTON LUMBER COMPANY, a
   Nevada corporation; ATRIUM DOOR AND
27 WINDOW COMPANY OF ARIZONA, a
   Delaware corporation; THE AVANTI DOOR
28

                                    -1-

GROUP, INC., a Nevada corporation;
CAMPBELL CONCRETE OF NEVADA, INC.,
a Nevada corporation; FLOORS-N-MORE, LLC
dba CARPETS-N-MORE, a Nevada limited-
liability company; CHAMPION DRYWALL
INC. OF NEVADA, a Nevada corporation;
COOPER ROOFING CO., a Nevada corporation;
COOPER ROOFING COMPANY, INC., a
Nevada corporation; CUSTOM HEARTH
DISTRIBUTORS, INC., a Nevada corporation;
DAWN FRAMING, INC., a Nevada corporation;
CIRCLE S DEVELOPMENT CORPORATION
dba DECK SYSTEMS OF NEVADA, a Nevada
corporation; GENERAL ELECTRIC
COMPANY, a New York corporation;
HARRISON DOOR COMPANY, a Nevada
corporation; K&K DOOR & TRIM, LLC, a
Nevada limited-liability company; MSI
LANDSCAPING, INC., a Nevada corporation;
M&M CONSTRUCTION, INC., a Nevada
corporation; MERILLAT INDUSTRIES, INC., a
Michigan corporation; NEVADA
COUNTERTOP CORPORATION, a Nevada
corporation; NEVADA STAIRS, INC., a Nevada
corporation; NEW CREATION MASONRY,
INC., a Nevada corporation; PIONEER
PLUMBING, INC., a Nevada corporation; RW
STUCCO, INC., a Nevada corporation; RED
ROSE, INC., a Nevada corporation; REPUBLIC
ELECTRIC, INC., a Nevada corporation;
NORTHBROOK, INC. dba SIERRA
REFINISHING, a Nevada corporation; TRI-
CITY DRYWALL, INC., a Nevada corporation;
VALENTE CONCRETE, LLC, a Nevada
limited-liability company; WESTERN
AMERICA GRANITE, a Nevada corporation;
WESTERN SHOWER DOOR, INC., a
California corporation,

Third-Party Defendants.

## ORDER GRANTING THIRD-PARTY DEFENDANT CIRCLE S DEVELOPMENT CORPORATION DBA DECK SYSTEMS NEVADA'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT

### TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Third-Party Defendant DECK SYSTEMS NEVADA'S Motion for Determination of

Good Faith Settlement came before the Court on October 3, 2017;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that DECK SYSTEMS NEVADA'S Motion for Good Faith Settlement in the amount of $3,000.00 is hereby GRANTED., and any and all present or future claim, third-party claims or cross-claims against DECK SYSTEMS NEVADA for contribution, and equitable or implied indemnity related to the claims that are the subject of this lawsuit are hereby barred pursuant to NRS 17.245.

**IT IS SO ORDERED.**

DATED: 11/7/2017

_____
Jennifer A. Dorsey
DISTRICT COURT JUDGE

Respectfully Submitted By:

_____
Kevin A. Brown, Esq. (Bar #7621)
Jill P. Northway, Esq. (Bar #9470)
BROWN, BONN & FRIEDMAN, LLP
5528 South Fort Apache Road
Las Vegas, NV 89148
Attorneys for CIRCLE S DEVELOPMENT CORPORATION
DBA DECK SYSTEMS NEVADA