Kevin A. Brown, Esq. (Bar #7621)
Jill P. Northway, Esq. (Bar #9470)
BROWN, BONN & FRIEDMAN, LLP
5528 South Fort Apache Road
Las Vegas, NV 89148
(702) 942-3900
(702) 942-3901 FAX
kbrown@brownbonn.com
jnorthway@brownbonn.com

Attorneys for Third-Party Defendant
CHAMPION DRYWALL INC. OF NEVADA

UNITED STATES DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION, a Nevada residential common-interest planned community,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. HOME CORPORATION, a Delaware corporation; LENNAR CORPORATION, a Nevada corporation; LENNAR SALES CORP., a California corporation, and DOES 1-100, inclusive,<br><br>    Defendants. | CASE NO.: 2:15-cv-00002-JAD-CWH<br><br>DEPARTMENT<br><br>**(ELECTRONIC FILING CASE)**<br><br>**ORDER GRANTING THIRD PARTY DEFENDANT CHAMPION DRYWALL INC. OF NEVADA'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT**<br><br>RE: ECF 237 |
| U.S. HOME CORPORATION, a Delaware corporation; LENNAR CORPORATION, a Nevada corporation; LENNAR SALES CORP., a California corporation,<br><br>    Third-Party Plaintiffs,<br><br>v.<br><br>THE A.C. HOUSTON LUMBER COMPANY, a Nevada corporation; ATRIUM DOOR AND WINDOW COMPANY OF ARIZONA, a Delaware corporation; THE AVANTI DOOR GROUP, INC., a Nevada corporation; | |

-1-

ORDER GRANTING THIRD-PARTY DEFENDANT CHAMPION DRYWALL INC. OF NEVADA'S
MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT

CAMPBELL CONCRETE OF NEVADA, INC.,
a Nevada corporation; FLOORS-N-MORE, LLC
dba CARPETS-N-MORE, a Nevada limited-
liability company; CHAMPION DRYWALL
INC. OF NEVADA, a Nevada corporation;
COOPER ROOFING CO., a Nevada corporation;
COOPER ROOFING COMPANY, INC., a
Nevada corporation; CUSTOM HEARTH
DISTRIBUTORS, INC., a Nevada corporation;
DAWN FRAMING, INC., a Nevada corporation;
CIRCLE S DEVELOPMENT CORPORATION
dba DECK SYSTEMS OF NEVADA, a Nevada
corporation; GENERAL ELECTRIC
COMPANY, a New York corporation;
HARRISON DOOR COMPANY, a Nevada
corporation; K&K DOOR & TRIM, LLC, a
Nevada limited-liability company; MSI
LANDSCAPING, INC., a Nevada corporation;
M&M CONSTRUCTION, INC., a Nevada
corporation; MERILLAT INDUSTRIES, INC., a
Michigan corporation; NEVADA
COUNTERTOP CORPORATION, a Nevada
corporation; NEVADA STAIRS, INC., a Nevada
corporation; NEW CREATION MASONRY,
INC., a Nevada corporation; PIONEER
PLUMBING, INC., a Nevada corporation; RW
STUCCO, INC., a Nevada corporation; RED
ROSE, INC., a Nevada corporation; REPUBLIC
ELECTRIC, INC., a Nevada corporation;
NORTHBROOK, INC. dba SIERRA
REFINISHING, a Nevada corporation; TRI-
CITY DRYWALL, INC., a Nevada corporation;
VALENTE CONCRETE, LLC, a Nevada
limited-liability company; WESTERN
AMERICA GRANITE, a Nevada corporation;
WESTERN SHOWER DOOR, INC., a
California corporation,

        Third-Party Defendants.

## ORDER GRANTING THIRD PARTY DEFENDANT CHAMPION DRYWALL INC. OF NEVADA'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT

**TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Third-Party Defendant CHAMPION DRYWALL INC. OF NEVADA'S Motion for Determination of Good Faith Settlement came before the Court on October 3, 2017;

-2-

ORDER GRANTING THIRD-PARTY DEFENDANT CHAMPION DRYWALL INC. OF NEVADA'S
MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that CHAMPION DRYWALL INC. OF NEVADA'S Motion for Good Faith Settlement in the amount of $850.00 is hereby GRANTED, and any and all claim, third-party claims or cross-claims against CHAMPION DRYWALL INC. OF NEVADA for contribution, and equitable or implied indemnity related to the claims that are the subject of this lawsuit are hereby barred pursuant to NRS 17.245.

**IT IS SO ORDERED.**

DATED: 11/7/2017

_____
Jennifer A. Dorsey
DISTRICT COURT JUDGE

Respectfully Submitted By:

_____
Kevin A. Brown, Esq. (Bar #7621)
Jill P. Northway, Esq. (Bar #9470)
BROWN, BONN & FRIEDMAN, LLP
5528 South Fort Apache Road
Las Vegas, NV 89148
Attorneys for CHAMPION DRYWALL INC. OF NEVADA

-3-

ORDER GRANTING THIRD-PARTY DEFENDANT CHAMPION DRYWALL INC. OF NEVADA'S
MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT