Kevin A. Brown, Esq. (Bar #7621)
Jill P. Northway, Esq. (Bar #9470)
BROWN, BONN & FRIEDMAN, LLP
5528 South Fort Apache Road
Las Vegas, NV 89148
(702) 942-3900
(702) 942-3901 FAX
kbrown@brownbonn.com
jnorthway@brownbonn.com

Attorneys for Third-Party Defendant
M&M CONSTRUCTION, INC.

## UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION, a Nevada residential common-interest planned community,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. HOME CORPORATION, a Delaware corporation; LENNAR CORPORATION, a Nevada corporation; LENNAR SALES CORP., a California corporation, and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO.: 2:15-cv-00002-JAD-CWH<br><br>**ORDER GRANTING THIRD-PARTY DEFENDANT M&M CONSTRUCTION, INC.'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT**<br><br>ECF No. 245 |
| U.S. HOME CORPORATION, a Delaware corporation; LENNAR CORPORATION, a Nevada corporation; LENNAR SALES CORP., a California corporation,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>THE A.C. HOUSTON LUMBER COMPANY, a Nevada corporation; ATRIUM DOOR AND WINDOW COMPANY OF ARIZONA, a Delaware corporation; THE AVANTI DOOR GROUP, INC., a Nevada corporation; CAMPBELL CONCRETE OF NEVADA, INC., | |

a Nevada corporation; FLOORS-N-MORE, LLC dba CARPETS-N-MORE, a Nevada limited-liability company; CHAMPION DRYWALL INC. OF NEVADA, a Nevada corporation; COOPER ROOFING CO., a Nevada corporation; COOPER ROOFING COMPANY, INC., a Nevada corporation; CUSTOM HEARTH DISTRIBUTORS, INC., a Nevada corporation; DAWN FRAMING, INC., a Nevada corporation; CIRCLE S DEVELOPMENT CORPORATION dba DECK SYSTEMS OF NEVADA, a Nevada corporation; GENERAL ELECTRIC COMPANY, a New York corporation; HARRISON DOOR COMPANY, a Nevada corporation; K&K DOOR & TRIM, LLC, a Nevada limited-liability company; MSI LANDSCAPING, INC., a Nevada corporation; M&M CONSTRUCTION, INC., a Nevada corporation; MERILLAT INDUSTRIES, INC., a Michigan corporation; NEVADA COUNTERTOP CORPORATION, a Nevada corporation; NEVADA STAIRS, INC., a Nevada corporation; NEW CREATION MASONRY, INC., a Nevada corporation; PIONEER PLUMBING, INC., a Nevada corporation; RW STUCCO, INC., a Nevada corporation; RED ROSE, INC., a Nevada corporation; REPUBLIC ELECTRIC, INC., a Nevada corporation; NORTHBROOK, INC. dba SIERRA REFINISHING, a Nevada corporation; TRI-CITY DRYWALL, INC., a Nevada corporation; VALENTE CONCRETE, LLC, a Nevada limited-liability company; WESTERN AMERICA GRANITE, a Nevada corporation; WESTERN SHOWER DOOR, INC., a California corporation,

        Third-Party Defendants.

## ORDER GRANTING THIRD-PARTY DEFENDANT M&M CONSTRUCTION, INC.'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT

**TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

        Third-Party Defendant M&M CONSTRUCTION, INC.'S Motion for Determination of Good Faith Settlement came before the Court on October 3, 2017;

/ / /

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that M&M CONSTRUCTION, INC.'S Motion for Good Faith Settlement in the amount of $55,000.00 is hereby GRANTED., and any and all present or future claims, third-party claims or cross-claims against M&M CONSTRUCTION, INC. for contribution, and equitable or implied indemnity related to the claims that are the subject of this lawsuit are hereby barred pursuant to NRS 17.245.

**IT IS SO ORDERED.**

DATED: 11/17/2017

_____
Jennifer A. Dorsey
DISTRICT COURT JUDGE

Respectfully Submitted By:

_____
Kevin A. Brown, Esq. (Bar #7621)
Jill P. Northway, Esq. (Bar #9470)
BROWN, BONN & FRIEDMAN, LLP
5528 South Fort Apache Road
Las Vegas, NV 89148
Attorneys for M&M CONSTRUCTION, INC.