**RYAN H. DEVINE, ESQ.**
Nevada Bar No. 12953
**WOLFE & WYMAN LLP**
6757 Spencer Street
Las Vegas, NV 89119
Tel: (702) 476-0100
Fax: (702) 476-0101
*rhdevine@wolfewyman.com*

Attorneys for Third-Party Defendant
**THE AVANTI DOOR GROUP, INC.**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION, a Nevada residential, common-interest planned community,<br><br>Plaintiffs,<br><br>v.<br><br>US HOME CORPORATION, a Delaware corporation; LENNAR CORPORATION, a Delaware corporation; LENNAR SALES CORP., a California corporation, and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO.: 2:15-CV-00002-JAD-CWH<br><br><br><br><br><br>**ORDER GRANTING THIRD-PARTY DEFENDANT THE AVANTI DOOR GROUP, INC.'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT**<br>ECF No. 254 |
| US HOME CORPORATION, a Delaware corporation; LENNAR CORPORATION, a Delaware corporation; LENNAR SALES CORP., a California corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>THE A.C. HOUSTON LUMBER COMPANY, a Nevada corporation; ATRIUM DOOR AND WINDOW COMPANY OF ARIZONA, a Delaware corporation; THE AVANTI DOOR GROUP, INC., a Nevada corporation; CAMPBELL CONCRETE OF NEVADA, INC., a Nevada corporation; | |

1

2898508.1

| | |
|---|---|
| 1 | FLOORS-N-MORE, LLC DBA CARPETS-NMORE, a Nevada limited-liability company; |
| 2 | CHAMPION DRYWALL INC. OF NEVADA, a Nevada corporation; COOPER |
| 3 | ROOFING CO., a Nevada corporation; COOPER ROOFING COMPANY, INC., a |
| 4 | Nevada corporation; CUSTOM HEARTH DISTRIBUTORS, INC., a Nevada |
| 5 | corporation; DAWN FRAMING, INC., a Nevada corporation; CIRCLE S |
| 6 | DEVELOPMENT CORPORATION dba DECK SYSTEMS OF NEVADA, a Nevada |
| 7 | corporation; GENERAL ELECTRIC COMPANY, New York corporation; |
| 8 | HARRISON DOOR COMPANY, a Nevada corporation; K&K DOOR & TRIM, LLC, a |
| 9 | Nevada limited-liability company; MSI LANDSCAPING, INC., a Nevada |
| 10 | corporation; M&M CONSTRUCTION, INC., a Nevada corporation; MERILLAT |
| 11 | INDUSTRIES, INC., Michigan corporation; NEVADA COUNTERTOP CORPORATION, |
| 12 | a Nevada corporation; NEVADA STAIRS, INC., a Nevada corporation; NEW |
| 13 | CREATION MASONRY, INC., a Nevada corporation; PIONEER PLUMBING, INC., a |
| 14 | Nevada corporation; RW STUCCO, INC., a Nevada corporation; RED ROSE, INC., a |
| 15 | Nevada corporation; REPUBLIC ELECTRIC, INC., a Nevada corporation; NORTHBROOK, |
| 16 | INC. dba SIERRA REFINISHING, a Nevada corporation; TRI-CITY DRYWALL, INC., a |
| 17 | Nevada corporation; VALENTE CONCRETE, LLC, a Nevada limited-liability company; |
| 18 | WESTERN AMERICA GRANITE, a Nevada corporation; WESTERN SHOWER DOOR, |
| 19 | INC., a California corporation,, |
| 20 | Third-Party Defendants. |

24 ///

25 ///

26 ///

27 ///

28 ///

2

2898508.1

# ORDER GRANTING THIRD-PARTY DEFENDANT THE AVANTI DOOR GROUP, INC.'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT

Third-Party Defendant, THE AVANTI DOOR GROUP, INC.'S (hereinafter "Avanti Door") Motion for Determination of Good Faith Settlement came on for hearing before the Court on November 7, 2017 at 10:00 a.m., with Grant & Associates appearing for Third-Party Defendant Avanti Door. Having considered the Motion, and the pleadings and papers submitted on file, and good cause appearing:

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Third-Party Defendant Avanti Door's Motion for Determination of Good Faith Settlement is GRANTED in the amount of $5,000.00 pursuant to NRS 17.245, and any and all claims for equitable or implied indemnity are discharged and barred. Additional insured obligations, if any, are excluded.

IT IS SO ORDERED.

DATED this 17th day of November, 2017.

_____
U.S. DISTRICT JUDGE

Submitted by:

WOLFE & WYMAN LLP

By: _____
   RYAN H. DEVINE, ESQ.
   Nevada Bar No. 12953
   6757 Spencer St.
   Las Vegas, NV  89119
   Attorneys for Third-Party Defendant
   **THE AVANTI DOOR GROUP, INC.**

2898508.1