JEFFREY H. BALLIN, ESQ.
Nevada Bar No. 004913
GRANT & ASSOCIATES
7455 Arroyo Crossing Parkway, Suite 300
Las Vegas, NV 89113
Phone: (702) 940-3529
Fax: (855) 429-3413
jeffrey.ballin@aig.com

*Attorneys for Third-Party Defendant
Republic Electric, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION, a Nevada residential, common-interest planned community,<br><br>Plaintiff,<br><br>v.<br><br>US HOME CORPORATION, a Delaware corporation; LENNAR CORPORATION, a Delaware corporation; LENNAR SALES CORP., a California corporation, and DOES 1-100, inclusive,<br><br>Defendants.<br><br>US HOME CORPORATION, a Delaware corporation; LENNAR CORPORATION, a Delaware corporation; LENNAR SALES CORP., a California corporation,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>THE A.C. HOUSTON LUMBER COMPANY, a Nevada corporation; ATRIUM DOOR AND WINDOW COMPANY OF ARIZONA, a Delaware corporation; THE AVANTI DOOR GROUP, INC., a Nevada corporation; CAMPBELL CONCRETE OF NEVADA, INC., a Nevada corporation; FLOORS-N-MORE, LLC DBA CARPETS-N-MORE, a Nevada limited-liability company; CHAMPION DRYWALL INC. | Case No. 2:15-cv-00002-JAD-CWH<br><br>***STIPULATION AND ORDER FOR DISMISSAL OF THIRD-PARTY DEFENDANT REPUBLIC ELECTRIC, INC. WITH PREJUDICE***<br><br>ECF No. 282 |

1

Grant & Associates
7455 Arroyo Crossing Parkway, Suite 300
Las Vegas, Nevada 89113
Telephone No. (702) 940-3529
Facsimile No. (855) 429-3413

OF NEVADA, a Nevada corporation; COOPER )
ROOFING CO., a Nevada corporation; COOPER )
ROOFING COMPANY, INC., a Nevada )
corporation; CUSTOM HEARTH )
DISTRIBUTORS, INC., a Nevada corporation; )
DAWN FRAMING, INC., a Nevada corporation; )
CIRCLE S DEVELOPMENT CORPORATION )
dba DECK SYSTEMS OF NEVADA, a Nevada )
corporation; GENERAL ELECTRIC COMPANY, )
New York corporation; HARRISON DOOR )
COMPANY, a Nevada corporation; K&K DOOR )
& TRIM, LLC, a Nevada limited-liability )
company; MSI LANDSCAPING, INC., a Nevada )
corporation; M&M CONSTRUCTION, INC., a )
Nevada corporation; MERILLAT INDUSTRIES, )
INC., Michigan corporation; NEVADA )
COUNTERTOP CORPORATION, a Nevada )
corporation; NEVADA STAIRS, INC., a Nevada )
corporation; NEW CREATION MASONRY, )
INC., a Nevada corporation; PIONEER )
PLUMBING, INC., a Nevada corporation; RW )
STUCCO, INC., a Nevada corporation; RED )
ROSE, INC., a Nevada corporation; REPUBLIC )
ELECTRIC, INC., a Nevada corporation; )
NORTHBROOK, INC. dba SIERRA )
REFINISHING, a Nevada corporation; TRI-CITY )
DRYWALL, INC., a Nevada corporation; )
VALENTE CONCRETE, LLC, a Nevada limited- )
liability company; WESTERN AMERICA )
GRANITE, a Nevada corporation; WESTERN )
SHOWER DOOR, INC., a California corporation, )
)
     Third-Party Defendants. )
)

### *STIPULATION AND ORDER FOR DISMISSAL OF THIRD-PARTY DEFENDANT REPUBLIC ELECTRIC, INC. WITH PREJUDICE*

**STIPULATION**

COMES NOW, Defendant/Third-Party Plaintiff U.S. HOME CORPORATION, by and through its attorney of record, SARAH J. ODIA, ESQ. of PAYNE & FEARS LLP, and Third-Party Defendant REPUBLIC ELECTRIC, INC., by and through its attorney of record, JEFFREY H. BALLIN, ESQ. of GRANT & ASSOCIATES, and hereby stipulate and agree to the dismissal of GREYSTONE NEVADA, LLC and U.S. HOME CORPORATION's *Third-Party Complaint*, *First Amended Third-Party Complaint*, and *Second Amended Third-Party Complaint* in Case No. 2:15-cv-00002, and all causes of action contained therein, against

REPUBLIC ELECTRIC, INC. with prejudice, each party to bear its own attorney's fees and costs.

DATED this 8th day of December, 2017.

PAYNE & FEARS LLP

_____
SARAH J. ODIA, ESQ.
Nevada Bar No. 011053
6385 South Rainbow Blvd., Suite 220
Las Vegas, NV 89118
Phone: (702) 851-0307
Fax: (702) 851-0315

*Attorneys for Defendant/Third-Party Plaintiff*
*U.S. Home Corporation*

DATED this 11th day of December, 2017.

GRANT & ASSOCIATES

_____
JEFFREY H. BALLIN, ESQ.
Nevada Bar No. 004913
7455 Arroyo Crossing Parkway, Suite 300
Las Vegas, NV 89113
Phone: (702) 940-3529
Fax: (855) 429-3413

*Attorneys for Third-Party Defendant*
*Republic Electric, Inc.*

**ORDER**

Based on the parties' stipulation [# 282], which I construe as a joint motion because it is not between all remaining parties in this action, and good cause appearing, IT IS HEREBY ORDERED that all claims against **Republic Electric, Inc.** are DISMISSED with prejudice, each party to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
December 11, 2017

3