JEFFREY H. BALLIN, ESQ.
Nevada Bar No. 004913
GRANT & ASSOCIATES
7455 Arroyo Crossing Parkway, Suite 300
Las Vegas, NV 89113
Phone: (702) 940-3529
Fax: (855) 429-3413
jeffrey.ballin@aig.com

*Attorneys for Third-Party Defendant*
     *The A.C. Houston Lumber Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION, a Nevada residential, common-interest planned community, | Case No. 2:15-cv-00002-JAD-CWH |
| Plaintiff, | ***STIPULATION AND ORDER FOR DISMISSAL OF THIRD-PARTY DEFENDANT THE A.C. HOUSTON LUMBER COMPANY WITHOUT PREJUDICE*** |
| v. | |
| US HOME CORPORATION, a Delaware corporation; LENNAR CORPORATION, a Delaware corporation; LENNAR SALES CORP., a California corporation, and DOES 1- 100, inclusive, | ECF No. 283 |
| Defendants. | |

| |
|---|
| US HOME CORPORATION, a Delaware corporation; LENNAR CORPORATION, a Delaware corporation; LENNAR SALES CORP., a California corporation, |
| Third-Party Plaintiffs, |
| v. |
| THE A.C. HOUSTON LUMBER COMPANY, a Nevada corporation; ATRIUM DOOR AND WINDOW COMPANY OF ARIZONA, a Delaware corporation; THE AVANTI DOOR GROUP, INC., a Nevada corporation; CAMPBELL CONCRETE OF NEVADA, INC., a Nevada corporation; FLOORS-N-MORE, LLC DBA CARPETS-N-MORE, a Nevada limited-liability company; CHAMPION DRYWALL INC. |

Grant & Associates
7455 Arroyo Crossing Parkway, Suite 300
Las Vegas, Nevada 89113
Telephone No. (702) 940-3529
Facsimile No. (855) 429-3413

1

Grant & Associates
7455 Arroyo Crossing Parkway, Suite 300
Las Vegas, Nevada 89113
Telephone No. (702) 940-3529
Facsimile No. (855) 429-3413

1  OF NEVADA, a Nevada corporation; COOPER
   ROOFING CO., a Nevada corporation; COOPER
2  ROOFING COMPANY, INC., a Nevada
   corporation; CUSTOM HEARTH
3  DISTRIBUTORS, INC., a Nevada corporation;
   DAWN FRAMING, INC., a Nevada corporation;
4  CIRCLE S DEVELOPMENT CORPORATION
   dba DECK SYSTEMS OF NEVADA, a Nevada
5  corporation; GENERAL ELECTRIC COMPANY,
   New York corporation; HARRISON DOOR
6  COMPANY, a Nevada corporation; K&K DOOR
   & TRIM, LLC, a Nevada limited-liability
7  company; MSI LANDSCAPING, INC., a Nevada
   corporation; M&M CONSTRUCTION, INC., a
8  Nevada corporation; MERILLAT INDUSTRIES,
   INC., Michigan corporation; NEVADA
9  COUNTERTOP CORPORATION, a Nevada
   corporation; NEVADA STAIRS, INC., a Nevada
10 corporation; NEW CREATION MASONRY,
   INC., a Nevada corporation; PIONEER
11 PLUMBING, INC., a Nevada corporation; RW
   STUCCO, INC., a Nevada corporation; RED
12 ROSE, INC., a Nevada corporation; REPUBLIC
   ELECTRIC, INC., a Nevada corporation;
13 NORTHBROOK, INC. dba SIERRA
   REFINISHING, a Nevada corporation; TRI-CITY
14 DRYWALL, INC., a Nevada corporation;
   VALENTE CONCRETE, LLC, a Nevada limited-
15 liability company; WESTERN AMERICA
   GRANITE, a Nevada corporation; WESTERN
16 SHOWER DOOR, INC., a California corporation,

17          Third-Party Defendants.

19 ***STIPULATION AND ORDER FOR DISMISSAL OF THIRD-PARTY DEFENDANT
   THE A.C. HOUSTON LUMBER COMPANY WITHOUT PREJUDICE***

21                          **STIPULATION**

22      COMES NOW, Defendant/Third-Party Plaintiff U.S. HOME CORPORATION, by and

23 through its attorney of record, SARAH J. ODIA, ESQ. of PAYNE & FEARS LLP, and Third-

24 Party Defendant THE A.C. HOUSTON LUMBER COMPANY, by and through its attorney of

25 record, JEFFREY H. BALLIN, ESQ. of GRANT & ASSOCIATES, and hereby stipulate and

26 agree to the dismissal of GREYSTONE NEVADA, LLC and U.S. HOME CORPORATION's

27 *Third-Party Complaint*, *First Amended Third-Party Complaint*, and *Second Amended Third-*

28 *Party Complaint* in Case No. 2:15-cv-00002, and all causes of action contained therein, against

                                   2

THE A.C. HOUSTON LUMBER COMPANY without prejudice, each party to bear its own attorney's fees and costs.

DATED this ___8th___ day of December, 2017.

PAYNE & FEARS LLP

_____
SARAH J. ODIA, ESQ.
Nevada Bar No. 011053
6385 South Rainbow Blvd., Suite 220
Las Vegas, NV 89118
Phone: (702) 851-0307
Fax: (702) 851-0315

*Attorneys for Defendant/Third-Party Plaintiff*
*U.S. Home Corporation*

DATED this ___11th___ day of December, 2017.

GRANT & ASSOCIATES

_____
JEFFREY H. BAILLIN, ESQ.
Nevada Bar No. 004913
7455 Arroyo Crossing Parkway, Suite 300
Las Vegas, NV 89113
Phone: (702) 940-3529
Fax: (855) 429-3413

*Attorneys for Third-Party Defendant*
*The A.C. Houston Lumber Company*

**ORDER**

Based on the parties' stipulation [# 283], which I construe as a joint motion because it is not between all remaining parties in this action, and good cause appearing, IT IS HEREBY ORDERED that all claims against **A.C. Houston Lumber Company** are DISMISSED with prejudice, each party to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
December 11, 2017

3