1  SAO
   Kevin A. Brown, Esq. (Bar #7621)
2  Jill P. Northway, Esq. (Bar #9470)
   BROWN, BONN & FRIEDMAN, LLP
3  5528 South Fort Apache Road
4  Las Vegas, NV 89148
   (702) 942-3900
5  (702) 942-3901 FAX
   kbrown@brownbonn.com
6  jnorthway@brownbonn.com
   Attorneys for Third-Party Defendant
7  M&M CONSTRUCTION, INC. AND MAJESTIC PLUMBING, INC.

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION, a Nevada residential common-interest planned community,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. HOME CORPORATION, a Delaware corporation; LENNAR CORPORATION, a Nevada corporation; LENNAR SALES CORP., a California corporation, and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO.: 2:15-cv-00002-JAD-CWH<br><br>DEPARTMENT<br><br>(ELECTRONIC FILING CASE)<br><br>THIRD-PARTY DEFENDANTS M&M CONSTRUCTION, INC. AND MAJESTIC PLUMBING, INC. 'S STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AND TO DEEM THE SETTLEMENT AGREEMENT AND RELEASE EXECUTED BY M&M CONSTRUCTION, INC. AND MAJESTIC PLUMBING, INC.<br><br>ECF No. 278 |
| U.S. HOME CORPORATION, a Delaware corporation; LENNAR CORPORATION, a Nevada corporation; LENNAR SALES CORP., a California corporation,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>THE A.C. HOUSTON LUMBER COMPANY, a Nevada corporation; ATRIUM DOOR AND WINDOW COMPANY OF ARIZONA, a | |

-1-

Delaware corporation; THE AVANTI DOOR
GROUP, INC., a Nevada corporation;
CAMPBELL CONCRETE OF NEVADA, INC.,
a Nevada corporation; FLOORS-N-MORE, LLC
dba CARPETS-N-MORE, a Nevada limited-
liability company; CHAMPION DRYWALL
INC. OF NEVADA, a Nevada corporation;
COOPER ROOFING CO., a Nevada corporation;
COOPER ROOFING COMPANY, INC., a
Nevada corporation; CUSTOM HEARTH
DISTRIBUTORS, INC., a Nevada corporation;
DAWN FRAMING, INC., a Nevada corporation;
CIRCLE S DEVELOPMENT CORPORATION
dba DECK SYSTEMS OF NEVADA, a Nevada
corporation; GENERAL ELECTRIC
COMPANY, a New York corporation;
HARRISON DOOR COMPANY, a Nevada
corporation; K&K DOOR & TRIM, LLC, a
Nevada limited-liability company; MSI
LANDSCAPING, INC., a Nevada corporation;
M&M CONSTRUCTION, INC., a Nevada
corporation; MERILLAT INDUSTRIES, INC., a
Michigan corporation; NEVADA
COUNTERTOP CORPORATION, a Nevada
corporation; NEVADA STAIRS, INC., a Nevada
corporation; NEW CREATION MASONRY,
INC., a Nevada corporation; PIONEER
PLUMBING, INC., a Nevada corporation; RW
STUCCO, INC., a Nevada corporation; RED
ROSE, INC., a Nevada corporation; REPUBLIC
ELECTRIC, INC., a Nevada corporation;
NORTHBROOK, INC. dba SIERRA
REFINISHING, a Nevada corporation; TRI-
CITY DRYWALL, INC., a Nevada corporation;
VALENTE CONCRETE, LLC, a Nevada
limited-liability company; WESTERN
AMERICA GRANITE, a Nevada corporation;
WESTERN SHOWER DOOR, INC., a
California corporation,

    Third-Party Defendants.

/ / /

/ / /

# THIRD-PARTY DEFENDANTS M&M CONSTRUCTION, INC. AND MAJESTIC PLUMBING, INC. 'S STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AND TO DEEM THE SETTLEMENT AGREEMENT AND RELEASE EXECUTED BY M&M CONSTRUCTION, INC. AND MAJESTIC PLUMBING, INC.

PLEASE TAKE NOTICE that Third-Party Plaintiff, CENTEX HOMES, by and through its attorney, Sarah J. Odia, Esq., of the law firm of PAYNE & FEARS, and Third-Party Defendants, M&M CONSTRUCTION, INC. and MAJESTIC PLUMBING, INC. by and through its attorney of record, Kevin A. Brown and Jill P. Northway, of the law firm of BROWN, BONN & FRIEDMAN, LLP, and hereby stipulate to dismiss Third-Party Defendant, M&M CONSTRUCTION, INC. and MAJESTIC PLUMBING, INC, from the action with prejudice. The parties further stipulate to Deem the Settlement Agreement and Release Executed by M&M CONSTRUCTION, INC. and MAJESTIC PLUMBING, INC, because M&M CONSTRUCTION, INC. and MAJESTIC PLUMBING, INC are out of business enterprises with no ability to sign the Settlement Agreement. The Parties agree that in connection with this dismissal, each party to bear its own attorney's fees and costs.

This Stipulation is entered into in good faith, in the interests of judicial economy and not for the purposes of delay.

DATED: 12-5-17   PAYNE & FEARS

_____
Sarah J. Odia, Esq.
PAYNE & FEARS
6385 S. Rainbow Blvd., Suite 220
Las Vegas, NV 89118
Attorneys for U.S. HOME CORPORATION

DATED: 12/7/17   BROWN, BONN & FRIEDMAN, LLP

_____
Kevin A. Brown, Esq. (Bar #7621)
Jill P. Northway, Esq. (Bar #9470)
BROWN, BONN & FRIEDMAN, LLP
5528 South Fort Apache Road
Las Vegas, NV 89148
Attorneys for M&M CONSTRUCTION, INC.
AND MAJESTIC PLUMBING, INC

-3-

CASE NO.: 2:15-cv-00002-JAD-CWH

## ORDER

The parties have stipulated and agreed to the dismissal of the Third-Party Defendant, M&M CONSTRUCTION, INC. and MAJESTIC PLUMBING, INC, as set forth in the Stipulation, and good cause appearing.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Third-Party Plaintiff, CENTEX HOMES'S, Third-Party Complaint as to Third-Party Defendant, M&M CONSTRUCTION, INC. and MAJESTIC PLUMBING, INC, be dismissed with prejudice and to Deem the Settlement Agreement Signed by M&M CONSTRUCTION. The Parties will each bear their own respective attorney's fees and costs herein.

DATED: 12/12/2017

_____
Honorable Jennifer A. Dorsey
JUDICIAL DISTRICT COURT JUDGE

Submitted by:

BROWN, BONN & FRIEDMAN, LLP

_____
Kevin A. Brown, Esq. (Bar #7621)
Jill P. Northway, Esq. (Bar #9470)
BROWN, BONN & FRIEDMAN, LLP
5528 South Fort Apache Road
Las Vegas NV 89148

Attorneys for M&M CONSTRUCTION, INC.
AND MAJESTIC PLUMBING, INC