**SAO**
Kevin A. Brown, Esq. (Bar #7621)
Jill P. Northway, Esq. (Bar #9470)
BROWN, BONN & FRIEDMAN, LLP
5528 South Fort Apache Road
Las Vegas, NV 89148
(702) 942-3900
(702) 942-3901 FAX
kbrown@brownbonn.com
jnorthway@brownbonn.com

Attorneys for Third-Party Defendant
NEVADA COUNTERTOP CORPORATION

UNITED STATES DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION, a Nevada residential common-interest planned community, | CASE NO.: 2:15-cv-00002-JAD-CWH |
| Plaintiffs, | DEPARTMENT |
| v. | **(ELECTRONIC FILING CASE)** |
| U.S. HOME CORPORATION, a Delaware corporation; LENNAR CORPORATION, a Nevada corporation; LENNAR SALES CORP., a California corporation, and DOES 1-100, inclusive, | **THIRD-PARTY DEFENDANT NEVADA COUNTERTOP CORPORATION OF NEVADA'S STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AND TO DEEM THE SETTLEMENT AGREEMENT AND RELEASE EXECUTED BY NEVADA COUNTERTOP CORPORATION** |
| Defendants. | |
| U.S. HOME CORPORATION, a Delaware corporation; LENNAR CORPORATION, a Nevada corporation; LENNAR SALES CORP., a California corporation, | ECF No. 280 |
| Third-Party Plaintiffs, | |
| v. | |
| THE A.C. HOUSTON LUMBER COMPANY, a Nevada corporation; ATRIUM DOOR AND WINDOW COMPANY OF ARIZONA, a Delaware corporation; THE AVANTI DOOR | |

1  GROUP, INC., a Nevada corporation;
   CAMPBELL CONCRETE OF NEVADA, INC.,
2  a Nevada corporation; FLOORS-N-MORE, LLC
   dba CARPETS-N-MORE, a Nevada limited-
3  liability company; CHAMPION DRYWALL
   INC. OF NEVADA, a Nevada corporation;
4  COOPER ROOFING CO., a Nevada corporation;
   COOPER ROOFING COMPANY, INC., a
5  Nevada corporation; CUSTOM HEARTH
   DISTRIBUTORS, INC., a Nevada corporation;
6  DAWN FRAMING, INC., a Nevada corporation;
7  CIRCLE S DEVELOPMENT CORPORATION
   dba DECK SYSTEMS OF NEVADA, a Nevada
8  corporation; GENERAL ELECTRIC
   COMPANY, a New York corporation;
9  HARRISON DOOR COMPANY, a Nevada
10 corporation; K&K DOOR & TRIM, LLC, a
   Nevada limited-liability company; MSI
11 LANDSCAPING, INC., a Nevada corporation;
12 M&M CONSTRUCTION, INC., a Nevada
   corporation; MERILLAT INDUSTRIES, INC., a
13 Michigan corporation; NEVADA
   COUNTERTOP CORPORATION, a Nevada
14 corporation; NEVADA STAIRS, INC., a Nevada
15 corporation; NEW CREATION MASONRY,
   INC., a Nevada corporation; PIONEER
16 PLUMBING, INC., a Nevada corporation; RW
17 STUCCO, INC., a Nevada corporation; RED
   ROSE, INC., a Nevada corporation; REPUBLIC
18 ELECTRIC, INC., a Nevada corporation;
   NORTHBROOK, INC. dba SIERRA
19 REFINISHING, a Nevada corporation; TRI-
20 CITY DRYWALL, INC., a Nevada corporation;
   VALENTE CONCRETE, LLC, a Nevada
21 limited-liability company; WESTERN
   AMERICA GRANITE, a Nevada corporation;
22 WESTERN SHOWER DOOR, INC., a
   California corporation,
23
             Third-Party Defendants.
24

25  **THIRD-PARTY DEFENDANT NEVADA COUNTERTOP CORPORATION OF
    NEVADA'S STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE
26  AND TO DEEM THE SETTLEMENT AGREEMENT AND RELEASE
    EXECUTED BY NEVADA COUNTERTOP CORPORATION**
27

28  / / /

COMES NOW, Third-Party Plaintiff, CENTEX HOMES, by and through its attorney, Sarah J. Odia, Esq., of the law firm of PAYNE & FEARS, and Third-Party Defendant, NEVADA COUNTERTOP CORPORATION by and through its attorney of record, Kevin A. Brown and Jill P. Northway, of the law firm of BROWN, BONN & FRIEDMAN, LLP, and hereby stipulate to dismiss Third-Party Defendant NEVADA COUNTERTOP CORPORATION, from the action with prejudice. The parties further stipulate to Deem the Settlement Agreement and Release Executed by NEVADA COUNTERTOP CORPORATION, because NEVADA COUNTERTOP CORPORATION is an out of business enterprise with no ability to sign the Settlement Agreement. The Parties agree that in connection with this dismissal, each party to bear its own attorney's fees and costs.

This Stipulation is entered into in good faith, in the interests of judicial economy and not for the purposes of delay.

DATED: 12-6-17          PAYNE & FEARS

_Sarah J. Odia, Esq._
PAYNE & FEARS
6385 S. Rainbow Blvd., Suite 220
Las Vegas, NV 89118
Attorneys for U.S. HOME CORPORATION

DATED: 12-8-17          BROWN, BONN & FRIEDMAN, LLP

_Kevin A. Brown, Esq. (Bar #7621)_
BROWN, BONN & FRIEDMAN, LLP
5528 South Fort Apache Road
Las Vegas, NV 89148
Attorneys for NEVADA COUNTERTOP CORPORATION

## ORDER

The parties have stipulated and agreed to the dismissal of the Third-Party Defendant, NEVADA COUNTERTOP CORPORATION, as set forth in the Stipulation, and good cause appearing.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Third-Party Plaintiff, CENTEX HOMES'S, Third-Party Complaint as to Third-Party Defendant, NEVADA COUNTERTOP CORPORATION, be dismissed with prejudice and to Deem the Settlement Agreement Signed by NEVADA COUNTERTOP CORPORATION. The Parties will each bear their own respective attorney's fees and costs herein.

DATED: 12/12/2017.

_____
Honorable Jennifer A. Dorsey
JUDICIAL DISTRICT COURT JUDGE

Submitted by:

BROWN, BONN & FRIEDMAN, LLP

_____
Kevin A. Brown, Esq. (Bar #7621)
Jill P. Northway, Esq. (Bar #9470)
BROWN, BONN & FRIEDMAN, LLP
5528 South Fort Apache Road
Las Vegas, NV 89148

Attorneys for NEVADA COUNTERTOP CORPORATION