CHARLIE H. LUH, ESQ.
Nevada State Bar No. 6726
KELLY J. FESSLER, ESQ.
Nevada State Bar No. 12369
LUH & ASSOCIATES
8987 W. Flamingo Road, Suite 100
Las Vegas, Nevada  89147
(702) 367-8899
(702) 384-8899 (FAX)
E-mail: cluh@luhlaw.com
E-mail: kfessler@luhlaw.com
Attorneys for Third-Party Defendant
RED ROSE ROOFING INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION, a Nevada residential, common-interest planned community,<br><br>Plaintiffs,<br><br>vs.<br><br>US HOME CORPORATION, a Delaware corporation; LENNAR CORPORATION, a Delaware corporation; LENNAR SALES CORP., a California corporation, and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO.  2:15-cv-00002-JAD-CWH<br><br>**<u>ORDER GRANTING THIRD-PARTY DEFENDANT RED ROSE ROOFING INC.'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT</u>**<br><br>ECF No. 238 |
| US HOME CORPORATION, a Delaware corporation; LENNAR CORPORATION, a Delaware corporation; LENNAR SALES CORP., a California corporation,<br><br>Defendant/Third-Party Plaintiff,<br><br>vs.<br><br>THE A.C. HOUSTON LUMBER COMPANY, a Nevada corporation; ATRIUM DOOR AND WINDOW COMPANY OF ARIZONA, a Delaware corporation; THE AVANTI DOOR | |

GROUP INC. a Nevada corporation; CAMPBELL CONCRETE OF NEVADA, INC., a Nevada corporation; FLOORS-N-MORE, LLC DBA CARPETS-N-MORE, a Nevada limited-liability company; CHAMPION DRYWALL INC. OF NEVADA, a Nevada corporation; COOPER ROOFING CO., a Nevada corporation; COOPER ROOFING COMPANY, INC., a Nevada corporation; CUSTOM HEARTH DISTRIBUTORS, INC., a Nevada corporation; DAWN FRAMING, INC., a Nevada corporation; CIRCLE S DEVELOPMENT CORPORATION dba DECK SYSTEMS OF NEVADA, a Nevada corporation; GENERAL ELECTRIC COMPANY, New York corporation; HARRISON DOOR COMPANY, a Nevada corporation; K&K DOOR & TRIM, LLC, a Nevada limited-liability company; MSI LANDSCAPING, INC., a Nevada corporation; M&M CONSTRUCTION, INC., a Nevada corporation; MERILLAT INDUSTRIES, INC., Michigan corporation; NEVADA COUNTERTOP CORPORATION, a Nevada corporation; NEVADA STAIRS, INC., a Nevada corporation; NEW CREATION MASONRY, INC., a Nevada corporation; PIONEER PLUMBING, INC., a Nevada corporation; RW STUCCO, INC., a Nevada corporation; RED ROSE, INC., a Nevada corporation; REPUBLIC ELECTRIC, INC., a Nevada corporation; NORTHBROOK, INC. dba SIERRA REFINISHING, a Nevada corporation; TRI-CITY DRYWALL, INC., a Nevada corporation; VALENTE CONCRETE, LLC, a Nevada limited-liability company; WESTERN AMERICA GRANITE, a Nevada corporation; WESTERN SHOWER DOOR, INC., a California corporation,

Third-Party Defendants.

///

///

///

# ORDER GRANTING THIRD-PARTY DEFENDANT RED ROSE ROOFING INC.'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT

**TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Third-Party Defendant RED ROSE ROOFING INC.'S Motion for Determination of Good Faith Settlement came before the Court on October 3, 2017;

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED that RED ROSE ROOFING INC.'S Motion for Determination of Good Faith Settlement in the amount of **$25,000.00** (twenty-five thousand dollars and no cents) is hereby GRANTED, and that any and all present or future claims, third-party claims or cross claims against RED ROSE ROOFING INC. for contribution and equitable or implied indemnity related to the claims that are the subject of this lawsuit are hereby barred pursuant to NRS 17.245.

**IT IS SO ORDERED**

DATED: 12/14/2017.

_____
Jennifer A. Dorsey
DISTRICT COURT JUDGE

Respectfully Submitted By:

LUH & ASSOCIATES

*/s/ Charlie H. Luh*
_____
CHARLIE H. LUH, ESQ.
Nevada State Bar No. 6726
KELLY J. FESSLER, ESQ.
Nevada State Bar No. 12369
8987 W. Flamingo Road, Suite 100
Las Vegas, Nevada 89147
Attorneys for Third-Party Defendant
RED ROSE ROOFING INC.