JEFFREY H. BALLIN, ESQ.
Nevada Bar No. 004913
GRANT & ASSOCIATES
7455 Arroyo Crossing Parkway, Suite 300
Las Vegas, NV 89113
Phone: (702) 940-3529
Fax: (855) 429-3413
jeffrey.ballin@aig.com

*Attorneys for Third-Party Defendant*
*Republic Electric, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION, a Nevada residential, common-interest planned community,<br><br>Plaintiff,<br><br>v.<br><br>US HOME CORPORATION, a Delaware corporation; LENNAR CORPORATION, a Delaware corporation; LENNAR SALES CORP., a California corporation, and DOES 1-100, inclusive,<br><br>Defendants.<br><br>US HOME CORPORATION, a Delaware corporation; LENNAR CORPORATION, a Delaware corporation; LENNAR SALES CORP., a California corporation,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>THE A.C. HOUSTON LUMBER COMPANY, a Nevada corporation; ATRIUM DOOR AND WINDOW COMPANY OF ARIZONA, a Delaware corporation; THE AVANTI DOOR GROUP, INC., a Nevada corporation; CAMPBELL CONCRETE OF NEVADA, INC., a Nevada corporation; FLOORS-N-MORE, LLC DBA CARPETS-N-MORE, a Nevada limited-liability company; CHAMPION DRYWALL INC. OF NEVADA, a Nevada corporation; COOPER | Case No. 2:15-cv-00002-JAD-CWH<br><br>***ORDER GRANTING THIRD-PARTY DEFENDANT REPUBLIC ELECTRIC, INC.'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT***<br><br>ECF No. 244 |

1

Grant & Associates
7455 Arroyo Crossing Parkway, Suite 300
Las Vegas, Nevada 89113
Telephone No. (702) 940-3529
Facsimile No. (855) 429-3413

ROOFING CO., a Nevada corporation; COOPER ROOFING COMPANY, INC., a Nevada corporation; CUSTOM HEARTH DISTRIBUTORS, INC., a Nevada corporation; DAWN FRAMING, INC., a Nevada corporation; CIRCLE S DEVELOPMENT CORPORATION dba DECK SYSTEMS OF NEVADA, a Nevada corporation; GENERAL ELECTRIC COMPANY, New York corporation; HARRISON DOOR COMPANY, a Nevada corporation; K&K DOOR & TRIM, LLC, a Nevada limited-liability company; MSI LANDSCAPING, INC., a Nevada corporation; M&M CONSTRUCTION, INC., a Nevada corporation; MERILLAT INDUSTRIES, INC., Michigan corporation; NEVADA COUNTERTOP CORPORATION, a Nevada corporation; NEVADA STAIRS, INC., a Nevada corporation; NEW CREATION MASONRY, INC., a Nevada corporation; PIONEER PLUMBING, INC., a Nevada corporation; RW STUCCO, INC., a Nevada corporation; RED ROSE, INC., a Nevada corporation; REPUBLIC ELECTRIC, INC., a Nevada corporation; NORTHBROOK, INC. dba SIERRA REFINISHING, a Nevada corporation; TRI-CITY DRYWALL, INC., a Nevada corporation; VALENTE CONCRETE, LLC, a Nevada limited-liability company; WESTERN AMERICA GRANITE, a Nevada corporation; WESTERN SHOWER DOOR, INC., a California corporation,

Third-Party Defendants.

### *ORDER GRANTING THIRD-PARTY DEFENDANT REPUBLIC ELECTRIC, INC.'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT*

Third-Party Defendant REPUBLIC ELECTRIC, INC.'s *Motion For Determination of Good Faith Settlement* came on for hearing before the Court on November 7, 2017 at 10:00 a.m. with Sarah B. Hartig, Esq., of Grant & Associates, appearing for Republic Electric, Inc. Having considered the *Motion*, and the pleadings and papers submitted on file, and good cause appearing:

. . .

. . .

. . .

2

IT IS HEREBY ORDERED, ADJUDGED, and DECREED, that Third-Party Defendant Republic Electric, Inc.'s *Motion For Determination of Good Faith Settlement*, in the amount of $7,500.00, is GRANTED pursuant to NRS 17.245 and that any and all claims for equitable or implied indemnity are discharged and barred. Additional insured obligations, if any, are excluded.

IT IS SO ORDERED.

DATED: 12/14/2017.

_____
U.S. DISTRICT COURT JUDGE

Respectfully submitted by:

GRANT & ASSOCIATES

_____
JEFFREY H. BALLIN, ESQ.
Nevada Bar No. 004913
7455 Arroyo Crossing Parkway, Suite 300
Las Vegas, NV 89113
(702) 940-3529 (phone)
(855) 429-3413 (fax)

*Attorneys for Third-Party Defendant
Republic Electric, Inc.*

Grant & Associates
7455 Arroyo Crossing Parkway, Suite 300
Las Vegas, Nevada 89113
Telephone No. (702) 940-3529
Facsimile No. (855) 429-3413