**RYAN H. DEVINE, ESQ.**
Nevada Bar No. 12953
**WOLFE & WYMAN LLP**
6757 Spencer Street
Las Vegas, NV 89119
Tel: (702) 476-0100
Fax: (702) 476-0101
*rhdevine@wolfewyman.com*

Attorneys for Third-Party Defendant
**THE AVANTI DOOR GROUP, INC.**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION, a Nevada residential, common-interest planned community,<br><br>    Plaintiffs,<br><br>v.<br><br>US HOME CORPORATION, a Delaware corporation; LENNAR CORPORATION, a Delaware corporation; LENNAR SALES CORP., a California corporation, and DOES 1-100, inclusive,<br><br>    Defendants. | CASE NO.: 2:15-CV-00002-JAD-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF THIRD-PARTY DEFENDANT THE AVANTI DOOR GROUP, INC. WITH PREJUDICE**<br><br>ECF No. 300 |
| US HOME CORPORATION, a Delaware corporation; LENNAR CORPORATION, a Delaware corporation; LENNAR SALES CORP., a California corporation,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>THE A.C. HOUSTON LUMBER COMPANY, a Nevada corporation; ATRIUM DOOR AND WINDOW COMPANY OF ARIZONA, a Delaware corporation; THE AVANTI DOOR GROUP, INC., a Nevada corporation; CAMPBELL CONCRETE OF NEVADA, INC., a Nevada corporation; | |

| | |
|---|---|
| 1 | FLOORS-N-MORE, LLC DBA CARPETS-NMORE, a Nevada limited-liability company; |
| 2 | CHAMPION DRYWALL INC. OF NEVADA, a Nevada corporation; COOPER |
| 3 | ROOFING CO., a Nevada corporation; COOPER ROOFING COMPANY, INC., a |
| 4 | Nevada corporation; CUSTOM HEARTH DISTRIBUTORS, INC., a Nevada |
| 5 | corporation; DAWN FRAMING, INC., a Nevada corporation; CIRCLE S |
| 6 | DEVELOPMENT CORPORATION dba DECK SYSTEMS OF NEVADA, a Nevada |
| 7 | corporation; GENERAL ELECTRIC COMPANY, New York corporation; |
| 8 | HARRISON DOOR COMPANY, a Nevada corporation; K&K DOOR & TRIM, LLC, a |
| 9 | Nevada limited-liability company; MSI LANDSCAPING, INC., a Nevada |
| 10 | corporation; M&M CONSTRUCTION, INC., a Nevada corporation; MERILLAT |
| 11 | INDUSTRIES, INC., Michigan corporation; NEVADA COUNTERTOP CORPORATION, |
| 12 | a Nevada corporation; NEVADA STAIRS, INC., a Nevada corporation; NEW |
| 13 | CREATION MASONRY, INC., a Nevada corporation; PIONEER PLUMBING, INC., a |
| 14 | Nevada corporation; RW STUCCO, INC., a Nevada corporation; RED ROSE, INC., a |
| 15 | Nevada corporation; REPUBLIC ELECTRIC, INC., a Nevada corporation; NORTHBROOK, |
| 16 | INC. dba SIERRA REFINISHING, a Nevada corporation; TRI-CITY DRYWALL, INC., a |
| 17 | Nevada corporation; VALENTE CONCRETE, LLC, a Nevada limited-liability company; |
| 18 | WESTERN AMERICA GRANITE, a Nevada corporation; WESTERN SHOWER DOOR, |
| 19 | INC., a California corporation,, |
| 20 | |
| 21 | |
| 22 | |
| 23 | Third-Party Defendants. |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

# STIPULATION AND ORDER FOR DISMISSAL OF THIRD-PARTY DEFENDANT THE AVANTI DOOR GROUP, INC. WITH PREJUDICE

IT IS HEREBY STIPULATED and AGREED by and between Defendant/Third-Party Plaintiff U.S. HOME CORPORATION and Third-Party Defendant, THE AVANTI DOOR GROUP, INC. ("Avanti Door"), and both parties respective counsel of record, that U.S. Home Corporation's Third-Party Complaint, amendments thereto and all causes of action contained therein as to Third-Party Defendant, Avanti Door, be dismissed *with prejudice*, with each party to bear its own costs and attorney's fees.

DATED: 20th of December, 2017.                    DATED: 20th of December, 2017.

WOLFE & WYMAN LLP                                 PAYNE & FEARS LLP

By: */s/ Ryan H. Devine*                          By: */s/ Sarah J. Odia*
    RYAN H. DEVINE, ESQ.                               SARAH J. ODIA, ESQ.
    Nevada Bar No. 12953                               Nevada Bar No. 011053
    6757 Spencer St.                                   6385 S. Rainbow Blvd., Suite 220
    Las Vegas, NV 89119                                Las Vegas, NV 89118
    Attorneys For Third-Party Defendant                Attorneys For Defendant/Third-Party Plaintiffs
    **THE AVANTI DOOR GROUP, INC.**                    **U.S. HOME CORPORATION**

…

## ORDER

Based on the parties' stipulation [ECF No. 300], which I construe as a joint motion under LR 7-1(c), and good cause appearing, IT IS HEREBY ORDERED that all claims against Third-party Defendant The Avanti Door Group, Inc. are DISMISSED with prejudice, each party to bear its own fees and costs.

_____
U.S. Dist. Judge Jennifer A. Dorsey
12-21-17

3
2928061.1