1 Gregory H. King
Nevada Bar No. 7777
2 ghk@paynefears.com
Sarah J. Odia
3 Nevada Bar No. 11053
sjo@paynefears.com
4 PAYNE & FEARS LLP
6385 S. Rainbow Blvd, Suite 220
5 Las Vegas, NV 89118
Telephone: (702) 851-0300
6 Facsimile: (702) 851-0315

7 Attorneys for Defendants and Third-Party Plaintiffs
US HOME CORPORATION; LENNAR CORPORATION;
8 and LENNAR SALES CORPORATION

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION, a Nevada residential, common-interest planned community,<br><br>Plaintiff,<br><br>v.<br><br>US HOME CORPORATION, a Delaware corporation; LENNAR CORPORATION, a Delaware corporation; LENNAR SALES CORP., a California corporation, and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO.: 2:15-cv-00002-JAD-CWH<br><br>**ORDER GRANTING STIPULATION / JOINT MOTION FOR DISMISSAL WITH PREJUDICE OF US HOME CORPORATION, LENNAR CORPORATION, AND LENNAR SALES CORPORATION'S THIRD-PARTY COMPLAINT AGAINST TRI-CITY DRYWALL, INC.**<br><br>ECF No. 301 |
| US HOME CORPORATION, a Delaware corporation; LENNAR CORPORATION, a Delaware corporation; LENNAR SALES CORP., a California corporation<br><br>Third-Party Plaintiffs<br><br>v.<br><br>THE A.C. HOUSTON LUMBER COMPANY, a Nevada corporation; THE AVANTI DOOR GROUP, INC., a Nevada corporation; CAMPBELL CONCRETE OF | |

PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD, SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300

1  NEVADA, INC., a Nevada corporation;
   FLOORS-N-MORE, LLC DBA CARPETS-N-
2  MORE, a Nevada limited-liability company;
   CHAMPION DRYWALL INC. OF
3  NEVADA, a Nevada corporation; COOPER
   ROOFING CO., a Nevada corporation;
4  COOPER ROOFING COMPANY, INC., a
   Nevada corporation; CUSTOM HEARTH
5  DISTRIBUTORS, INC., a Nevada
   corporation; DAWN FRAMING, INC., a
6  Nevada corporation; CIRCLE S
   DEVELOPMENT CORPORATION dba
7  DECK SYSTEMS OF NEVADA, a Nevada
   corporation; GENERAL ELECTRIC
8  COMPANY, New York corporation;
   HARRISON DOOR COMPANY, a Nevada
9  corporation; K&K DOOR & TRIM, LLC, a
   Nevada limited-liability company; MSI
10 LANDSCAPING, INC., a Nevada
   corporation; M&M CONSTRUCTION, INC.,
11 a Nevada corporation; MERILLAT
   INDUSTRIES, INC., Michigan corporation;
12 NEVADA COUNTERTOP CORPORATION,
   a Nevada corporation; NEVADA STAIRS,
13 INC., a Nevada corporation; NEW
   CREATION MASONRY, INC., a Nevada
14 corporation; PIONEER PLUMBING, INC., a
   Nevada corporation; RW STUCCO, INC., a
15 Nevada corporation; RED ROSE, INC., a
   Nevada corporation; REPUBLIC ELECTRIC,
16 INC., a Nevada corporation; NORTHBROOK,
   INC. dba SIERRA REFINISHING, a Nevada
17 corporation; TRI-CITY DRYWALL, INC., a
   Nevada corporation; WESTERN AMERICA
18 GRANITE, a Nevada corporation; WESTERN
   SHOWER DOOR, INC., a California
19 corporation; SIERRA AIR CONDITIONING,
   INC., a Nevada corporation; BANKER
20 INSULATION, INC., an Arizona corporation;
   and ALLARD ENTERPRISES, INC. dba
21 IRON SPECIALISTS, a Nevada corporation,
   and VALENTE CONCRETE, LLC, a Nevada
22 limited-liability company,

23              Third-Party Defendants.

24

25     IT IS HEREBY STIPULATED AND AGREED TO BY AND BETWEEN Third-Party

26 Plaintiffs US Home Corporation, Lennar Corporation, and Lennar Sales Corporation (hereinafter

27 collectively, "US Home"), by through their attorney of record Sarah J. Odia of the law firm of

28 PAYNE & FEARS, LLP, and Third-Party Defendant TRI-CITY DRYWALL, INC., by and

-2-

PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD, SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300

through its attorney of record, Leonard T. Fink of the law firm of SPRINGEL & FINK LLP, that the operative Third-Party Complaint against TRI-CITY DRYWALL, INC. is hereby dismissed with prejudice, along with any and all claims against TRI-CITY DRYWALL, INC. in this matter, each party is to bear their own attorneys' fees and costs.

  Local Rule 7-1(c) states that "A stipulation that has been signed by fewer than all the parties or their attorneys will be treated—and must be filed—as a joint motion." This stipulation is between the third-party plaintiffs and only one of the several third-party defendants in this case. Accordingly, it should be treated as joint motion under LR 7-1(c).

DATED: December 21, 2017  PAYNE & FEARS LLP

By   /s/ Sarah J. Odia
GREGORY H. KING, NV Bar No. 7777
SARAH J. ODIA, NV Bar No. 11053
6385 S. Rainbow Blvd, Suite 220
Las Vegas, NV 89118
Tel. (702) 851-0300

Attorneys for Defendants/Third-Party Plaintiffs U.S. HOME CORPORATION, LENNAR CORPORATION, and LENNAR SALES CORPORATION

DATED: December 21, 2017  SPRINGEL & FINK LLP

By   /s/ Leonard T. Fink
LEONARD T. FINK, NV Bar No. 6296
10655 Park Run Drive, Suite 275
Las Vegas, NV 89144
Phone: (702) 804-0706

Attorneys for Third-Party Defendant TRI-CITY DRYWALL, INC.,

**ORDER**

Based on the parties' stipulation [ECF No. 301], which I treat as a joint motion under LR 7-1(c), and good cause appearing, IT IS HEREBY ORDERED that **all claims against Tri-City Drywall, Inc.** are DISMISSED, each party to bear its own fees and costs.

_____
U.S. District Judge Jennifer Dorsey
December 21, 2017