1  Gregory H. King
   Nevada Bar No. 7777
2  ghk@paynefears.com
   Sarah J. Odia
3  Nevada Bar No. 11053
   sjo@paynefears.com
4  PAYNE & FEARS LLP
   6385 S. Rainbow Blvd, Suite 220
5  Las Vegas, NV 89118
   Telephone: (702) 851-0300
6  Facsimile: (702) 851-0315

7  Attorneys for Defendants and Third-Party Plaintiffs
   US HOME CORPORATION; LENNAR CORPORATION;
8  and LENNAR SALES CORPORATION

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION, a Nevada residential, common-interest planned community,<br><br>Plaintiff,<br><br>v.<br><br>US HOME CORPORATION, a Delaware corporation; LENNAR CORPORATION, a Delaware corporation; LENNAR SALES CORP., a California corporation, and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO.: 2:15-cv-00002-JAD-CWH<br><br>ORDER GRANTING **STIPULATION / JOINT MOTION FOR DISMISSAL WITH PREJUDICE OF US HOME CORPORATION, LENNAR CORPORATION, AND LENNAR SALES CORPORATION'S THIRD-PARTY COMPLAINT AGAINST NEVADA STAIRS, INC.**<br><br>ECF No. 316 |
| US HOME CORPORATION, a Delaware corporation; LENNAR CORPORATION, a Delaware corporation; LENNAR SALES CORP., a California corporation<br><br>Third-Party Plaintiffs<br><br>v.<br><br>THE A.C. HOUSTON LUMBER COMPANY, a Nevada corporation; THE AVANTI DOOR GROUP, INC., a Nevada corporation; CAMPBELL CONCRETE OF | |

PAYNE & FEARS LLP
ATTORNEYS AT LAW
6385 S. RAINBOW BLVD, SUITE 220
LAS VEGAS, NEVADA 89118
(702) 851-0300

| | |
|---|---|
| 1 | NEVADA, INC., a Nevada corporation; FLOORS-N-MORE, LLC DBA CARPETS-N- |
| 2 | MORE, a Nevada limited-liability company; CHAMPION DRYWALL INC. OF |
| 3 | NEVADA, a Nevada corporation; COOPER ROOFING CO., a Nevada corporation; |
| 4 | COOPER ROOFING COMPANY, INC., a Nevada corporation; CUSTOM HEARTH |
| 5 | DISTRIBUTORS, INC., a Nevada corporation; DAWN FRAMING, INC., a |
| 6 | Nevada corporation; CIRCLE S DEVELOPMENT CORPORATION dba |
| 7 | DECK SYSTEMS OF NEVADA, a Nevada corporation; GENERAL ELECTRIC |
| 8 | COMPANY,  New York corporation; HARRISON DOOR COMPANY,  a Nevada |
| 9 | corporation; K&K DOOR & TRIM, LLC, a Nevada limited-liability company; MSI |
| 10 | LANDSCAPING, INC., a Nevada corporation; M&M CONSTRUCTION, INC., |
| 11 | a Nevada corporation; MERILLAT INDUSTRIES, INC., Michigan corporation; |
| 12 | NEVADA COUNTERTOP CORPORATION, a Nevada corporation; NEVADA STAIRS, |
| 13 | INC., a Nevada corporation; NEW CREATION MASONRY, INC., a Nevada |
| 14 | corporation; PIONEER PLUMBING, INC., a Nevada corporation; RW STUCCO, INC., a |
| 15 | Nevada corporation; RED ROSE, INC., a Nevada corporation; REPUBLIC ELECTRIC, |
| 16 | INC., a Nevada corporation; NORTHBROOK, INC. dba SIERRA REFINISHING, a Nevada |
| 17 | corporation; TRI-CITY DRYWALL, INC., a Nevada corporation; WESTERN AMERICA |
| 18 | GRANITE, a Nevada corporation; WESTERN SHOWER DOOR, INC., a California |
| 19 | corporation; SIERRA AIR CONDITIONING, INC., a Nevada corporation; BANKER |
| 20 | INSULATION, INC., an Arizona corporation; and ALLARD ENTERPRISES, INC. dba |
| 21 | IRON SPECIALISTS, a Nevada corporation, and VALENTE CONCRETE, LLC, a Nevada |
| 22 | limited-liability company, |
| 23 | Third-Party Defendants. |
| 24 | // |
| 25 | // |
| 26 | // |
| 27 | // |
| 28 | // |

IT IS HEREBY STIPULATED AND AGREED TO BY AND BETWEEN Third-Party Plaintiffs US Home Corporation, Lennar Corporation, and Lennar Sales Corporation (hereinafter collectively, "US Home"), by through their attorney of record Sarah J. Odia of the law firm of PAYNE & FEARS, LLP, and Third-Party Defendant NEVADA STAIRS, INC., by and through its attorney of record. Sarah B. Hartig, Esq. of the law firm of Grant & Associates, that the operative Third-Party Complaint against NEVADA STAIRS, INC. is hereby dismissed with prejudice, along with any and all claims against NEVADA STAIRS, INC. in this matter, each party is to bear their own attorneys' fees and costs.

Local Rule 7-1(c) states that "A stipulation that has been signed by fewer than all the parties or their attorneys will be treated—and must be filed—as a joint motion." This stipulation is between the third-party plaintiffs and only one of the several third-party defendants in this case. Accordingly, it should be treated as joint motion under LR 7-1(c).

DATED: January 9, 2018                    PAYNE & FEARS LLP

                                          By      */s/ Sarah J. Odia*
                                          GREGORY H. KING, NV Bar No. 7777
                                          SARAH J. ODIA, NV Bar No. 11053
                                          6385 S. Rainbow Blvd, Suite 220
                                          Las Vegas, NV 89118
                                          Tel. (702) 851-0300

                                          Attorneys for Defendants/Third-Party Plaintiffs
                                          U.S. HOME CORPORATION, LENNAR
                                          CORPORATION, and LENNAR SALES
                                          CORPORATION

DATED: January 9, 2018                    GRANT & ASSOCIATES

                                          By      */s/ Sarah B. Hartig*
                                          SARAH B. HARTIG, ESQ. NV Bar No. 10070
                                          7455 Arroyo Crossing Parkway, Suite 300
                                          Las Vegas, NV 89113
                                          Attorneys for Third-Party Defendant NEVADA
                                          STAIRS, INC.

**ORDER**

The Court construes this stipulation to dismiss the third-party Nevada Stairs, Inc. as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all parties in case. Good cause

appearing, it is hereby ORDERED that the joint motion is GRANTED and all claims against Nevada Stairs, Inc. are DISMISSED, each party to bear its own fees and costs.

DATED: DATED this 9th day of January, 2018

_____
U.S. DISTRICT COURT JUDGE