Kevin A. Brown, Esq. (Bar #7621)
Jill P. Northway, Esq. (Bar #9470)
BROWN, BONN & FRIEDMAN, LLP
5528 South Fort Apache Road
Las Vegas, NV 89148
(702) 942-3900
(702) 942-3901 FAX
kbrown@brownbonn.com
jnorthway@brownbonn.com

Attorneys for Third-Party Defendant
CIRCLE S DEVELOPMENT CORPORATION DBA DECK SYSTEMS NEVADA

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION, a Nevada residential common-interest planned community,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. HOME CORPORATION, a Delaware corporation; LENNAR CORPORATION, a Nevada corporation; LENNAR SALES CORP., a California corporation, and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO.: 2:15-cv-00002-JAD-CWH<br><br>(ELECTRONIC FILING CASE)<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF CIRCLE S DEVELOPMENT CORPORATION DBA DECK SYSTEMS NEVADA AND TO DEEM THE SETTLEMENT AGREEMENT AND RELEASE EXECUTED BY CIRCLE S DEVELOPMENT CORPORATION DBA DECK SYSTEMS NEVADA**<br><br>ECF No. 320 |
| U.S. HOME CORPORATION, a Delaware corporation; LENNAR CORPORATION, a Nevada corporation; LENNAR SALES CORP., a California corporation,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>THE A.C. HOUSTON LUMBER COMPANY, a Nevada corporation; ATRIUM DOOR AND | |

-1-

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF CIRCLE S DEVELOPMENT CORPORATION DBA DECK SYSTEMS NEVADA AND TO DEEM THE SETTLEMENT AGREEMENT AND RELEASE EXECUTED BY CIRCLE S DEVELOPMENT CORPORATION DBA DECK SYSTEMS NEVADA

| | |
|---|---|
| 1 | WINDOW COMPANY OF ARIZONA, a Delaware corporation; THE AVANTI DOOR GROUP, INC., a Nevada corporation; CAMPBELL CONCRETE OF NEVADA, INC., a Nevada corporation; FLOORS-N-MORE, LLC dba CARPETS-N-MORE, a Nevada limited-liability company; CHAMPION DRYWALL INC. OF NEVADA, a Nevada corporation; COOPER ROOFING CO., a Nevada corporation; COOPER ROOFING COMPANY, INC., a Nevada corporation; CUSTOM HEARTH DISTRIBUTORS, INC., a Nevada corporation; DAWN FRAMING, INC., a Nevada corporation; CIRCLE S DEVELOPMENT CORPORATION dba DECK SYSTEMS OF NEVADA, a Nevada corporation; GENERAL ELECTRIC COMPANY, a New York corporation; HARRISON DOOR COMPANY, a Nevada corporation; K&K DOOR & TRIM, LLC, a Nevada limited-liability company; MSI LANDSCAPING, INC., a Nevada corporation; M&M CONSTRUCTION, INC., a Nevada corporation; MERILLAT INDUSTRIES, INC., a Michigan corporation; NEVADA COUNTERTOP CORPORATION, a Nevada corporation; NEVADA STAIRS, INC., a Nevada corporation; NEW CREATION MASONRY, INC., a Nevada corporation; PIONEER PLUMBING, INC., a Nevada corporation; RW STUCCO, INC., a Nevada corporation; RED ROSE, INC., a Nevada corporation; REPUBLIC ELECTRIC, INC., a Nevada corporation; NORTHBROOK, INC. dba SIERRA REFINISHING, a Nevada corporation; TRI-CITY DRYWALL, INC., a Nevada corporation; VALENTE CONCRETE, LLC, a Nevada limited-liability company; WESTERN AMERICA GRANITE, a Nevada corporation; WESTERN SHOWER DOOR, INC., a California corporation, |
| | Third-Party Defendants. |

///

///

-2-

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF CIRCLE S DEVELOPMENT CORPORATION DBA DECK SYSTEMS NEVADA AND TO DEEM THE SETTLEMENT AGREEMENT AND RELEASE EXECUTED BY CIRCLE S DEVELOPMENT CORPORATION DBA DECK SYSTEMS NEVADA

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF CIRCLE S DEVELOPMENT CORPORATION DBA DECK SYSTEMS NEVADA AND TO DEEM THE SETTLEMENT AGREEMENT AND RELEASE EXECUTED BY CIRCLE S DEVELOPMENT CORPORATION DBA DECK SYSTEMS NEVADA**

PLEASE TAKE NOTICE that Third-Party Plaintiff, U.S. HOME CORPORATION, by and through its attorney, Sarah J. Odia, Esq., of the law firm of PAYNE & FEARS, and Third-Party Defendant, CIRCLE S DEVELOPMENT CORPORATION DBA DECK SYSTEMS NEVADA by and through its attorneys of record, Kevin A. Brown and Jill P. Northway, of the law firm of BROWN, BONN & FRIEDMAN, LLP, hereby agree to stipulate to dismiss Third-Party Defendant, CIRCLE S DEVELOPMENT CORPORATION DBA DECK SYSTEMS NEVADA, with Prejudice and to Deem the Settlement Agreement and Release Executed by CIRCLE S DEVELOPMENT CORPORATION DBA DECK SYSTEMS NEVADA, each party to bear its own attorney's fees and costs.

This Stipulation is entered into in good faith, in the interests of judicial economy and not for the purposes of delay.

DATED: 1/10/18

PAYNE & FEARS

_____
Sarah J. Odia, Esq.
PAYNE & FEARS
6385 S. Rainbow Blvd., Suite 220
Las Vegas, NV 89118
Attorneys for U.S. HOME CORPORATION

DATED: 1·10·18

BROWN, BONN & FRIEDMAN, LLP

_____
Kevin A. Brown, Esq.
Jill P. Northway, Esq.
BROWN, BONN & FRIEDMAN, LLP
5528 South Fort Apache Road
Las Vegas, NV 89148
Attorneys for DECK SYSTEMS NEVADA

CASE NO.: 2:15-cv-00002-JAD-CWH

## ORDER

The parties have stipulated and agreed to the dismissal of the Third-Party Defendant, CIRCLE S DEVELOPMENT CORPORATION DBA DECK SYSTEMS NEVADA and to Deem the Settlement Agreement and Release Executed by CIRCLE S DEVELOPMENT CORPORATION DBA DECK SYSTEMS NEVADA, as set forth in the Stipulation, and good cause appearing.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Third-Party Plaintiff, U.S. HOME CORPORATION'S, Third-Party Complaint as to Third-Party Defendant, CIRCLE S DEVELOPMENT CORPORATION DBA DECK SYSTEMS NEVADA, be dismissed with prejudice and to Deem the Settlement Agreement and Release Executed by CIRCLE S DEVELOPMENT CORPORATION DBA DECK SYSTEMS NEVADA, each party to bear their own respective attorney's fees and costs herein.

Dated: 1/11/18

_____
Honorable Jennifer A. Dorsey
JUDICIAL DISTRICT COURT JUDGE

Submitted by:

BROWN, BONN & FRIEDMAN, LLP

_____
Kevin A. Brown, Esq. (Bar #7621)
Jill P. Northway, Esq. (Bar #9470)
BROWN, BONN & FRIEDMAN, LLP
5528 South Fort Apache Road
Las Vegas NV 89148

Attorneys for CIRCLE S DEVELOPMENT CORPORATION DBA DECK SYSTEMS NEVADA

-4-

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF CIRCLE S DEVELOPMENT CORPORATION DBA DECK SYSTEMS NEVADA AND TO DEEM THE SETTLEMENT AGREEMENT AND RELEASE EXECUTED BY CIRCLE S DEVELOPMENT CORPORATION DBA DECK SYSTEMS NEVADA